Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

**Power Source**[SM]
**Application Section 1**
**General Information**

**B. APPLICANT INFORMATION**

1. Name of Applicant: Mix it for me
2. Address: 224 Armington street
3. City: Cranston State: RI Zip Code: 02905
4. State of incorporation: RI Date established: July 2005
5. Web site address: mixitforme.com
6. Executive officer authorized to receive notices and information regarding the proposed policy:
   Name: Cory Johnson Title: Owner
   Contact's e-mail address: ______ Phone: ______ Fax: ______
7. The primary SIC Code of the Applicant: ______
8. The nature of the Applicant's business: Electronic hardware sales (Laptops, mp3, phones)
9. If the Applicant is owned by another company, indicate the name and principal address of the other company: ______
10. Total revenues of the Company at the most recent year end: projected $10,000,000
11. Total assets of the Company at the most recent year end: new business
12. Total employees of the Company at the most recent year end: 15 employees
13. In the next 12 months (or during the past 18 months) is the Applicant contemplating (or has the Applicant completed or been in the process of completing):
    (a) Any actual or proposed merger, acquisition, or divestment? ☐ Yes ☑ No
    (b) Any registration for a public offering or a private placement of securities? ☐ Yes ☑ No
    (c) Any change in outside auditors? ☐ Yes ☑ No
    (d) Any reorganization or arrangement with creditors under federal or state law? ☐ Yes ☑ No
    (e) Any branch, location, facility, office, or subsidiary closings, consolidations or layoffs? ☐ Yes ☑ No

If the Applicant answered "Yes" to any part of Question 13, please attach an explanation, including the timing, the essential terms of the event, arrangement, or anticipated number of layoffs, and the surrounding circumstances in an attachment to this Application.

Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

**Power Source℠**
**Application Section 1**
**General Information**

14. Does the Applicant perform any professional services for others for a fee? ☐ Yes ☑ No
If "Yes," please describe:

15. Does the Applicant act as a general partner or partnership manager? ☐ Yes ☑ No
If "Yes," please describe:

16. Does the Applicant participate in any joint ventures? ☐ Yes ☑ No
If "Yes," complete the following for each joint venture. Attach additional pages if necessary. (Receipt of this information by the Company does not mean that coverage will be afforded to the joint venture(s) identified.)
Name of joint venture(s): ____________ Country of domicile: ____________
Date established: ____________ Percent of ownership by Applicant: ____________
Nature of business: ____________

17. Has the Applicant or any person proposed for coverage on this form been the subject of, or involved in, any of the following in the past five years?

| | Organization | Persons |
|---|---|---|
| (a) Anti-trust, copyright or patent litigation? | ☐ Yes ☑ No | ☐ Yes ☑ No |
| (b) Accusations or findings of guilt or liability for a breach of the Employee Retirement Income Security Act of 1974 (ERISA) or any similar law? | ☐ Yes ☑ No | ☐ Yes ☑ No |
| (c) Civil, criminal or administrative proceeding alleging violation of any federal or state securities law? | ☐ Yes ☑ No | ☐ Yes ☑ No |
| (d) Any other criminal actions? | ☐ Yes ☑ No | ☐ Yes ☑ No |
| (e) Any discriminatory practice, violation or litigation? | ☐ Yes ☑ No | ☐ Yes ☑ No |
| (f) Any disciplinary action by any regulatory agency or association? | ☐ Yes ☑ No | ☐ Yes ☑ No |
| (g) Any action where a license was revoked or suspended? | ☐ Yes ☑ No | ☐ Yes ☑ No |

If the Applicant answered "Yes" to any of the above, attach a full description of the details.

**MISSOURI APPLICANTS/AGENTS: DO NOT ANSWER QUESTIONS 18 AND 19.**

18. Has the Applicant been declined, canceled or nonrenewed for any of the coverages for which they are applying? If "Yes," please attach an explanation. ☐ Yes ☑ No

19. Has the insurer for any such coverages listed above indicated an intent not to offer renewal terms to the Applicant for any of the coverages for which they are applying? ☐ Yes ☑ No

20. Has the Applicant given notice of any claim, circumstance or potential claim to any insurer under any of the coverages for which they are applying? ☐ Yes ☑ No
If "Yes," attach a full explanation of the claim, circumstance or potential claim.

Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

**Power Source℠**
**Application Section 2**
**Directors and Officers Liability**

**A. NAME OF APPLICANT:** Mix it for me.

1. Total number of: voting shareholders: 0 non-voting shareholders: 2
2. Total number of shares outstanding: 0
3. Please list all:
   - Directors and officers and their respective percentage of voting shares owned (directly or beneficially); and
   - Non-director and non-officer shareholders who directly or beneficially hold 5% or more of the common stock, and the percentage of shares owned by each (if none, so indicate):

| Director or Officer shareholders | % of voting shares owned |
|---|---|
| Cory Johnson | %100 |
| | |
| | |
| | |
| **Non-director or Non-officer shareholders** | **% of voting shares owned** |
| | |
| | |

4. Has the Applicant completed or agreed to complete in the past thirty-six (36) months, or does the Applicant plan to complete within the next twelve (12) months, a public debt or equity offering or private placement of debt or equity of securities? ... es No

If "Yes," please fill in the following information:

| Effective date of offering | Type of offering | Amount of offering(s) | Price per share (if applicable) | Professionals used | Current status |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Please attach the following additional required underwriting information:**
- All applicable offering memoranda.



**APPLICANT: Please complete this Section only if requesting this coverage.**

Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

**Power Source℠**
**Application Section 3**
**Employment Practices Liability**

**A. NAME OF APPLICANT:** [illegible handwriting]

1. Does the Applicant:
   (a) Distribute and document the receipt of its employee handbook to all employees? ☑ Yes ☐ No
   (b) Have written procedures in place that are distributed to each employee if the Applicant does not have an employee handbook? ☑ Yes ☐ No
   (c) Have written procedures in place that are distributed to each employee regarding:
      (i) Employment-at-will; ☑ Yes ☐ No
      (ii) EEO statement; ☑ Yes ☐ No
      (iii) Progressive discipline; ☑ Yes ☐ No
      (iv) Termination; ☑ Yes ☐ No
      (v) Handling complaints of sexual harassment or discrimination? ☑ Yes ☐ No
   (d) Use any tests to screen applicants or employees for continued employment or promotion? ☑ Yes ☐ No
      If "Yes," please describe: Written test.
   (e) Review all terminations with human resources and in-house or outside counsel? ☑ Yes ☐ No
   (f) Have a full-time human resources manager or department? ☑ Yes ☐ No
   (g) Have a manual of its human resources procedures? ☑ Yes ☐ No
      If "Yes," please indicate the date it was last revised: In process
   (h) Provide formal training for its supervisors in administering these procedures? ☑ Yes ☐ No
   (i) Provide formal diversity or cultural sensitivity training for all of its employees? ☑ Yes ☐ No

2. Please complete the following information.

| Number of Employees & Independent Contractors | Current Year | Previous Year |
|---|---|---|
| Full-time Employees | 12 | New Business |
| Part-time Employees (include leased & seasonal) | 5 | |
| Leased Employees | 0 | |
| Independent Contractors | 0 | |
| | Total: 17 | Total: New Business |

3. What percentage of the Applicant's employees are located in California? 0 %



APPLICANT: Please complete this Section only if requesting this coverage.

Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

**Power Source℠**
**Application Section 3**
**Employment Practices Liability**

4. State the **Applicant's** percentage of each: New Business -

   Annual employee turnover rate for: the past year: _____% 1 year previous: _____% 2 years previous: _____%

   Involuntary terminations occurring: the past year: _____% 1 year previous: _____% 2 years previous: _____%

5. Percentage of the **Applicant's** employees with salaries (including bonuses) greater than $100,000: __8__%

6. Is the **Applicant** a federal contractor? ☐ Yes ☑ No

   If "Yes," is the required Affirmative Action Plan in place? ☐ Yes ☐ No

**B. OPTIONAL THIRD-PARTY LIABILITY COVERAGE**
**APPLICANT: Please complete this section only if requesting this coverage.**

1. Does the **Applicant** have established policies or procedures:

   (a) Outlining employee conduct when dealing with third parties, including non-discrimination and non-harassment statements? ☑ Yes ☐ No

   (b) For responding to complaints of harassment, discrimination or civil rights violations from third parties? ☑ Yes ☐ No

2. What percentage of the **Applicant's** employees work at customer locations or perform a majority of their functions off-site? __0__%

**NOTICE: Please attach the following additional required information:**
- Employee handbook
- Employment application forms
- Most recent EEO-1 and third-party policies and statements

Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

**Power Source℠**
**Application Section 9**
**Summary Information**

## A. IMPORTANT INFORMATION

- The Applicant's submission of this Application does not obligate the Company to issue a policy.
- The Applicant will be advised if the Application for coverage is accepted.
- The Applicant authorizes the Company to make any inquiry in connection with this Application.

## B. FALSE INFORMATION

**NOTICE TO ARKANSAS, MINNESOTA AND OHIO APPLICANTS:** ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE/SHE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD, WHICH IS A CRIME.

**NOTICE TO COLORADO APPLICANTS:** IT IS UNLAWFUL TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING FACTS OR INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING TO DEFRAUD THE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES, DENIAL OF INSURANCE, AND CIVIL DAMAGES. ANY INSURANCE COMPANY OR AGENT OF AN INSURANCE COMPANY WHO KNOWINGLY PROVIDES FALSE, INCOMPLETE, OR MISLEADING FACTS OR INFORMATION TO A POLICY HOLDER OR CLAIMANT FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING TO DEFRAUD THE POLICY HOLDER OR CLAIMANT WITH REGARD TO A SETTLEMENT OR AWARD PAYABLE FROM INSURANCE PROCEEDS SHALL BE REPORTED TO THE COLORADO DIVISION OF INSURANCE WITHIN THE DEPARTMENT OF REGULATORY AGENCIES.

**NOTICE TO DISTRICT OF COLUMBIA, MAINE AND VIRGINIA APPLICANTS:** IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES, OR A DENIAL OF INSURANCE BENEFITS.

**NOTICE TO FLORIDA APPLICANTS:** ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY EMPLOYER OR EMPLOYEE, INSURANCE COMPANY, OR SELF-INSURED PROGRAM, FILES A STATEMENT OF CLAIM CONTAINING ANY FALSE OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

**NOTICE TO KENTUCKY APPLICANTS:** ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT WHICH IS A CRIME.

**NOTICE TO LOUISIANA AND NEW MEXICO APPLICANTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

*Power Source*SM
**Application Section 9**
**Summary Information**

**NOTICE TO MARYLAND APPLICANTS:** ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE/SHE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT MAY BE GUILTY OF INSURANCE FRAUD.

**NOTICE TO NEW JERSEY APPLICANTS:** ANY PERSON WHO INCLUDES ANY FALSE OR MISLEADING INFORMATION ON AN APPLICATION FOR AN INSURANCE POLICY IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO NEW YORK APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION.

**NOTICE TO OKLAHOMA APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF ANY INSURANCE POLICY CONTAINING ANY FALSE INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY.

**NOTICE TO OREGON AND TEXAS APPLICANTS:** ANY PERSON WHO MAKES AN INTENTIONAL MISSTATEMENT THAT IS MATERIAL TO THE RISK MAY BE FOUND GUILTY OF INSURANCE FRAUD BY A COURT OF LAW.

**NOTICE TO PENNSYLVANIA APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

**C. MATERIAL CHANGE**

If there is any material change in the answers to the questions in this Application prior to the inception date of any policy that may be issued, the Applicant must notify the Company in writing and any outstanding quotation or binder may be modified or withdrawn.



**APPLICANT MUST COMPLETE THIS PART.**

Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

**Power Source℠**
**Application Section 9**
**Summary Information**

**D. PRIOR INSURANCE, CONTINUITY OF COVERAGE AND PRIOR KNOWLEDGE**
**(NOTICE: APPLICABLE TO THE LIABILITY COVERAGE SECTIONS ONLY)**

1. If the Applicant is applying for any Liability Coverage Sections for which the Applicant already has insurance coverage, the Applicant may wish to request continuity of coverage. If continuity of coverage is requested:

   - Mark those coverages currently purchased on the chart on the following page (check all that apply):
   - Attach a copy of all prior applications with any prior insurers from which continuity of coverage is sought.

**IMPORTANT:** The Company will rely upon the declarations and statements contained in any prior application(s) and the Applicant understands and agrees that those declarations and statements will be incorporated into any Power Source policy issued by the Company.

| Liability Coverage Sections | The Applicant currently purchases this coverage and continuity of coverage is requested: Yes | No | Current limit of liability | Current insurer | If the Applicant would like a proposal for a larger limit of liability, please indicate new limit requested below |
|---|---|---|---|---|---|
| Directors & Officers Liability | | ✓ | $ | | $ |
| Corporate (Entity) Liability | ✓ | | $ 1M/2M | Hartford | $ |
| Employment Practices Liability | | ✓ | $ | | $ |
| Third Party Liability | | ✓ | $ | | $ |
| Fiduciary Liability | | ✓ | $ | | $ |
| Miscellaneous Professional Liability | | ✓ | $ | | $ |
| Internet Liability | | ✓ | $ | | $ |

**The Applicant must complete Question 2, the "Prior Knowledge Statement" below:**

- If the Applicant answered "No" to any Liability Coverages listed above; or
- If the Applicant is requesting larger limits as indicated above.

The Prior Knowledge Statement below applies to those coverage types for which no coverage is currently maintained; and any larger limits of liability requested.

2. **PRIOR KNOWLEDGE STATEMENT:** No person proposed for coverage is aware of any facts or circumstances which he or she has reason to suppose might give rise to a future claim that would fall within the scope of any of the proposed coverages for which the Applicant does not currently maintain insurance, or within any of the larger limits of liability sought by the Applicant, except None ☒ or



**APPLICANT MUST COMPLETE THIS PART.**

Chubb Group of Insurance Companies
15 Mountain View Rd
Warren NJ 07059

**Power Source[SM]**
**Application Section 9**
**Summary Information**

The Applicant understands and agrees that if any such facts or circumstances exist, whether or not disclosed, any claim or action arising from them is excluded under any policy issued by the Company. It is possible that future claims may be covered by the Applicant's existing insurance or may affect the coverage for which this Application is made. Therefore, any knowledge of facts or circumstances that may lead to future claims is important to report on this Application form.

## E. DECLARATION AND SIGNATURE

The undersigned authorized representative of the person(s) and entity(ies) proposed for this insurance declares that such person(s) and entity(ies) understand that the Liability Coverage Sections of this insurance:

(1) Apply only to "Claims" first made or deemed made during the "Policy Period" or any Extended Reporting Period;

(2) Unless otherwise stated in any coverage section, that "Defense Costs" will reduce and may exhaust the applicable Limit(s) of Liability and the Company has no responsibility for that part of "Defense Costs" or damages that exceeds the Limit(s) of Liability; and

(3) Provide that "Defense Costs" will be applied against any applicable deductible amount.

For the purposes of this Application, the undersigned authorized agent of the person(s) and entity(ies) proposed for this insurance declares that to the best of his or her knowledge and belief, after reasonable inquiry, the declarations and statements made in this Application, and any attachments or information submitted with this Application, are true and complete. Signing this Application does not bind the Applicant to accept insurance. The undersigned agrees that this Application and its attachments will be the basis of the policy should the Company issue a Power Source or any other policy providing one or more of the requested coverages and will be deemed to be attached to and will form a part of any such policy. The undersigned understands that the Company will have relied upon this Application and its attachments in issuing any policy.

This Application must be signed by the Chairman of the Board or President, acting as the authorized representative of the person(s) and entity(ies) proposed for this insurance.

9/28/06 ____________ Date

[signature] ____________ Signature

President ____________ Title

Produced By: Agent's Name: Emmanuel [illegible] Agent's Signature: [signature]

Agent License No.: ____________

Submitted By: Agent's Name: ____________ Agent's Signature: ____________

Agent License No.: ____________



APPLICANT MUST COMPLETE THIS PART.