E-FILED
Friday, 17 February, 2006 02:47:52 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

INTERNET SALES SOLUTIONS, LLC, )
Plaintiff )
Vs. )
DAVE ANDREWS, CORY JOHNSON, )
PATRICK HOLT, AND )
MIXITFORME.COM, )
Defendants. )

**COMPLAINT**

**COUNT I - FRAUD**

**GENERAL ALLEGATIONS**

Now comes the Plaintiff, INTERNET SALES SOLUTIONS, LLC, by and through its attorney, Michael L. Dietchweiler, of the law firm of LaBeau, Dietchweiler & Associates, PC, and complains of the defendants, DAVE ANDREWS, CORY JOHNSON, PATRICK HOLT, AND MIXITFORME.COM, as follows:

1. INTERNET SALES SOLUTIONS, LLC ("ISS") is an Illinois Limited Liability Company with its sole office and place of business located at 555 South Schuyler Avenue, Suite 210, Kankakee, Illinois. ISS is organized under the laws of the State of Illinois.

2. Defendant, MIXITFORME.COM ("MIFM") is a corporation on information and belief with its only place of business in Providence, Rhode Island, domiciled in Rhode Island, and doing business in Rhode Island.

3. Defendant, DAVE ANDREWS, is a resident of and domiciled in Rhode Island, and at all relevant times hereunder was and is the CEO of MIFM.

4. Defendant, CORY JOHNSON, is on information and belief, the owner of a controlling interest in MIFM, and is a resident and domiciled in the State of Rhode Island.

5. Defendant, PATRICK HOLT, is a resident of and domiciled in Rhode Island, and at all relevant times hereunder was and is the Chief Operating Officer of MIFM.

6. The claims set forth in this Complaint pray for damages in excess of $1,000,000.00.

**JURISDICTION AND VENUE**

7. Jurisdiction of this case is based upon the fact that pursuant to 28 USCA 1332 this Court has jurisdiction over the subject matter complained of herein by the Plaintiff under this Court's diversity jurisdiction. The amount in controversy exceeds $2,000,000.00, exclusive of interest and costs, and all parties are citizens of or incorporated under different states.

8. Venue of this case is fixed in the U.S. District Court for the Central District of Illinois all according to 28 USCA 1391(c).

**CLAIM**
**COUNT I – FRAUD**

9. In the month of October 2005, Defendant, MIFM, solicited Plaintiff, INTERNET SALES SOLUTIONS, LLC, offering the sale of electronic goods, said solicitation was sent to Kankakee County, Illinois by defendant, MIFM.

10. Plaintiff responded to Defendant, MIFM's, solicitation by ordering goods and wire transferring the purchase price to Defendant, MIFM.

11. The goods were shipped as ordered by Defendant, MIFM, to Plaintiff in Kankakee County, Illinois.

12. The solicitation, sale, and shipment as set forth in paragraphs 8,9, and 10 above was made by defendants, DAVE ANDREWS and PATRICK HOLT, under the direction and control of defendant, CORY JOHNSON, so as to gain the confidence of Plaintiff, and then induce said Plaintiff into wiring large amounts of money to MIFM without any intention of delivering any goods whatsoever to Plaintiff in the future.

13. On or about November 1, 2005 Defendant, DAVE ANDREWS and PATRICK HOLT, at the direction and under the control of Defendant, CORY JOHNSON, misrepresented to Plaintiff, for and on behalf of MIFM that they possessed one thousand eight hundred and eighty (1880) four (4) gigabyte IPOD NANO units. (See "attachment A").

14. Said misrepresentation as stated above, was intentionally made by Defendants, DAVE ANDREWS and PATRICK HOLT, CORY JOHNSON, and MIFM, and dispatched by email, and was intended to be received in Kankakee County, Illinois by Plaintiff.

15. The misrepresentation set forth in paragraph 9 hereof was intended to induce Plaintiff into wire transferring $319,000.00 to Defendant MIFM's account.

16. Plaintiff reasonably relied upon Defendant, DAVE ANDREWS, PATRICK HOLT, CORY JOHNSON AND MIFM'S, misrepresentation and wire transferred $319,000.00 to MIFM's account.

17. Defendants, DAVE ANDREWS, PATRICK HOLT, CORY JOHNSON, AND MIFM, knew they did not possess and did not intend possession of the 1880 IPOD units, and their solicitation to plaintiff was made for the sole purpose of inducing Plaintiff to wire transfer $319,000.00 to them so as to defraud Plaintiff of its funds.

18. None of the Defendants have shipped or caused to be shipped to Plaintiff the 4 gb IPODS as ordered.

19. Plaintiff has been damaged by Defendant's intentional misrepresentation as follows:

A. $319,000.00;

B. Loss of a large internet marketing distributor customer from which Plaintiff profited over $200,000.00 per year;

C. The total loss of plaintiff's business.

20. Plaintiff should be awarded punitive damages of $1,000,000.00, and its attorney's fees incurred in prosecution of Defendants' fraud.

WHEREFORE Plaintiff, INTERNET SALES SOLUTIONS, LLC, prays for judgment against DAVE ANDREWS, PATRICK HOLT, CORY JOHNSON AND MIXITFORME.COM in the sum of $2,019,000.00.

**COUNT II**
**BREACH OF CONTRACT**

Now comes the Plaintiff, INTERNET SALES SOLUTIONS, LLC, by and through its attorney, Michael L. Dietchweiler, of the law firm of LaBeau, Dietchweiler & Associates, PC, and complains of the defendant, MIXITFORME.COM, as follows:

1. – 20. Plaintiff realleges paragraphs 1. – 20. of Count I of Plaintiff's Complaint as and for paragraphs 1. – 20. of Count II of its Complaint.

21. Defendant, MIFM, breached its contract with Plaintiff for the sale of 1880 IPOD units.

22. Plaintiff has been damaged in the amount of $319,000.00 actual damages.

23. Plaintiff has sustained consequential and incidental damages of $700,000.00.

WHEREFORE Plaintiff, INTERNET SALES SOLUTIONS, LLC, prays for judgment against Defendant, MIXITFORME.COM, in the sum of $1,019,000.00.

Respectfully Submitted:
BY: SS/ Michael L. Dietchweiler
Michael L. Dietchweiler 06195223
Attorney for Plaintiff, Internet Sales Solutions, LLC
LaBeau, Dietchweiler & Associates, PC
200 E. Court Street, Suite 700
Kankakee, IL 60901
815/933-6637
815/933-9940 fax
email: ldcd @ameritech. net

**VERIFICATION**

UNDER PENALTIES OF PERJURY, as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

SUBSCRIBED & SWORN to before me
This 16th day of Feb., 2006.

Patti Jordan
Notary Public

PATTI JORDAN
NOTARY PUBLIC STATE OF ILLINOIS OFFICIAL SEAL
MY COMMISSION EXPIRES MARCH 21, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on Feb. 17th, 2006 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send

notification of such filing to the following: all counsel of record, and I hereby certify that I have mailed by US Postal Service the document to the following non-CM/ECF participants: none.

BY: SS/ Michael L. Dietchweiler
Michael L. Dietchweiler 06195223
Attorney for Plaintiff, Internet Sales
Solutions, LLC
LaBeau, Dietchweiler & Associates, PC
200 E. Court Street, Suite 700
Kankakee, IL 60901
815/933-6637
815/933-9940 fax
email: ldcd @ameritech. net

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS – 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

Internet Sales Solutions, LLC

**DEFENDANTS**

Dave Andrews, Cory Johnson, Patrick Holt, and Mixitforme.com

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Kankakee
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Providence
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael L. Dietchweiler
LaBeau, Dietchweiler & Associates, PC
200 E.Court, Suite 700
Kankakee, IL 60901

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/ Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Fraud/Breach of Contract 28 USC 1332

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $2,019,000.00

CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 2-17-06

SIGNATURE OF ATTORNEY OF RECORD [signature]