Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
Rhode Island

EXECUTIVE RISK INDEMNITY, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOSEPH P. FERRUCCI, as the Court-Appointed Receiver
for Mix It For Me.com d/b/a MixITforMe, Inc.,
CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID
WHITAKER", PATRICK HOLT, and SALLY HERSEY

CASE NUMBER:

CA 06 372 T

TO: (Name and address of Defendant)

Sally Hersey
2430 Providence Pike
North Smithfield, RI 02896

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Reid, Jr., Esq. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

swer to the complaint which is served on you with this summons, within twenty (20) days after service
s summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
he relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
k of this Court within a reasonable period of time after service.

K

DATE August 18 2006

DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| of the Summons and complaint was made by me[1] | DATE 24 August, 2006 |
| F SERVER (PRINT) George R. Clark | TITLE Constable #6025 |

*k one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 2430 Providence Pike, North Smithfield R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| | SERVICES 48 | TOTAL 48 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 24 August, 2006
Date

[signature] #6025
*Signature of Server*

84 Winsor Rd., Johnston, R.I. 02919
*Address of Server*

+ Sally a. [signature]

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.