**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Executive Risk Indemnity, Inc.

vs. C.A. No. 06-372T

Joseph P. Ferrucci, as the Court-Appointed Receiver for Mix It for Me.com, d/b/a MixITforMe, Inc., Cory Johnson, David Andrews, a/k/a "David Whitaker", Patrick Holt, and Sally Hersey

**S T I P U L A T I O N**

The Defendant, Patrick Holt, may have up to and including September 25, 2006, within which to respond to Plaintiff's Complaint.

Attorney for Plaintiff:

/s/ Stephen J. Reid, Jr. _____
Stephen J. Reid, Jr. (#2811)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
sjr@blishcavlaw.com

Attorney for Defendant Patrick Holt:

/s/ Kevin F. McHugh ____________
Kevin F. McHugh (#3927)
18 Imperial Place, Suite 4D
Providence, RI 02903
kevin_mc1950@hotmail.com

Dated: September 7, 2006

Certificate of Service

I hereby certify that on this 11th day of September, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Stephen J. Reid, Jr., Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
sjr@blishcavlaw.com

/s/ Kevin F. McHugh _______