**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY, INC. | : | |
| VS. | : | C.A. NO. 06-372T |
| JOSEPH P. FERRUCCI, AS THE COURT-APPOINTED RECEIVER FOR MIX IT FOR ME.COM, D/B/A MIXITFORME, INC., CORY JOHNSON, DAVID ANDREWS, A/K/A "DAVID WHITAKER", PATRICK HOLT, AND SALLY HERSEY | : : : : | |

**DEFENDANT, PATRICK HOLT'S, ANSWER TO PLAINTIFF'S COMPLAINT**

**Introduction**

1. Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

**Parties**

4. Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

7. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

8. Defendant admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

**Jurisdiction and Venue**

10. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

11. Defendant Holt admits this Court has personal jurisdiction over him but neither admits nor denies that this Court has jurisdiction over the remaining Defendants as he is without sufficient information or belief to either admit or deny the same.

12. Defendant admits the allegations contained in Paragraph 12 of Plaintiff's Complaint.

**Facts**
**(The Application for the Policy)**

13. Defendant admits the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Defendant admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendant admits the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Defendant admits the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendant admits the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof

**The Policy**

19. Defendant admits the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendant admits the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendant admits the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof

23. Defendant admits the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. Defendant admits the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25. Defendant admits the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26. Defendant admits the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27. Defendant admits the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28. Defendant admits the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29. Defendant admits the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. Defendant admits the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. Defendant admits the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32. Defendant admits the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. Defendant admits the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. Defendant admits that Clause III (A) (10) of the D&O Coverage Section (the "Fraud Exclusion") bars coverage for claims arising from any deliberately fraudulent act or omission or any willful violation of any statute or regulation by such Insured.

Defendant neither admits nor denies the remaining allegations in Paragraph 34 of Plaintiff's Complaint.

**The Receivership and Criminal Investigations**

35. Defendant admits the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36. Defendant admits the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 37 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

**The Underlying Actions**

38. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

39. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

40. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

**The Siiber Action**

41. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 41 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

42. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 42 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

43. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

44. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

45. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

46. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 46 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

47. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

48. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 48 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

49. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

50. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 50 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof

51. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 51 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof

52. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 52 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

53. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

54. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

**The ISS Action**

55. Defendant admits the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56. Defendant admits the allegations contained in Paragraph 56 of Plaintiff's Complaint.

57. Defendant admits the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58. Defendant admits the allegations contained in Paragraph 58 of Plaintiff's Complaint.

59. Defendant admits the allegations contained in Paragraph 59 of Plaintiff's Complaint.

60. Defendant admits the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61. Defendant admits the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62. Defendant admits the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63. Defendant admits the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 64 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

65. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 65 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

66. Defendant admits the allegations contained in Paragraph 66 of Plaintiff's Complaint.

**The Key West Action**

67. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 67 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

68. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 68 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

69. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 69 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

70. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 70 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

71. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 71 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

72. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 72 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

73. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 73 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

**The Amex Action**

74. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 74 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

75. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 75 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

76. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 76 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

77. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 77 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

78. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 78 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

79. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 79 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

**Count I**
**Declaratory Judgment – No Duty to Defend or Indemnify with Respect to Siiber Action**

80. Defendant reiterates and incorporates his answers to Paragraphs 1 through 79 of Plaintiffs' Complaint as if fully stated herein.

81. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 81 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

82. Defendant admits the allegations contained in Paragraph 82 of Plaintiff's Complaint.

83. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 83 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

84. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 84 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

85. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 85 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

86. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 86 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

87. Defendant admits Clause VII (A) (1) required MIFM and Johnson as a condition precedent to exercising their rights under the Policy to give ERII written notice as soon as practicable of any claim. Defendant neither admits nor denies the remaining allegations in Paragraph 87 of Plaintiff's Complaint.

88. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 88 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

89. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 89 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

90. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 90 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

91. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 91 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

**Count II**
**Declaratory Judgment – No Duty to Defend or Indemnify MIFM or Defendant Johnson with Respect to ISS and Key West Actions**

92. Defendant reiterates and incorporates his answers to Paragraphs 80 through 91 of Plaintiffs' Complaint as if fully stated herein.

93. Defendant admits the allegations contained in Paragraph 93 of Plaintiff's Complaint.

94. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 94 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

95. Defendant denies generally and specifically the allegations contained in Paragraph 95 of Plaintiff's Complaint.

96. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 96 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

97. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 97 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

98. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 98 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

99. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 99 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

**Count III**
**Declaratory Judgment – No Duty to Defend or Indemnify Defendant Andrews/Whitaker with Respect to ISS and Key West Actions**

100. Defendant reiterates and incorporates his answers to Paragraphs 92 through 99 of Plaintiffs' Complaint as if fully stated herein.

101. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 101 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

102. Defendant admits the allegations contained in Paragraph 102 of Plaintiff's Complaint.

103. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 103 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

104. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 104 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof

105. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 105 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof

106. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 106 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof

**Count IV**
**Declaratory Judgment – No Duty to Defend or Indemnify with Respect to Amex Action**

107. Defendant reiterates and incorporates his answers to Paragraphs 100 through 106 of Plaintiffs' Complaint as if fully stated herein.

108. Defendant admits the allegations contained in Paragraph 108 of Plaintiff's Complaint.

109. Defendant admits the allegations contained in Paragraph 109 of Plaintiff's Complaint.

110. Defendant admits the allegations contained in Paragraph 110 of Plaintiff's Complaint.

111. Defendant admits the allegations contained in Paragraph 111 of Plaintiff's Complaint.

112. Defendant admits the allegations contained in Paragraph 112 of Plaintiff's Complaint.

113. Defendant admits the allegations contained in Paragraph 113 of Plaintiff's Complaint.

**Count V**
**Declaratory Judgment – No Duty to Indemnify any of the Defendants For Amounts not Constituting Loss Arising from the Siiber, ISS, Key West Actions and Amex Actions**

114. Defendant reiterates and incorporates his answers to Paragraphs 107 through 113 of Plaintiffs' Complaint as if fully stated herein.

115. Defendant admits the allegations contained in Paragraph 115 of Plaintiff's Complaint.

116. Defendant admits the allegations contained in Paragraph 116 of Plaintiff's Complaint.

117. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 117 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

118. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 118 of Plaintiff's Complaint and leaves Plaintiff to its proof thereof.

119. Defendant admits that Clause II (L) of the Policy's D&O Coverage Section defines Loss. Defendant denies that the relief sought in the underlying action does not constitute Loss under the Policy.

120. Defendant denies generally and specifically the allegations contained in Paragraph 120 of Plaintiff's Complaint.

121. Defendant denies generally and specifically the allegations contained in Paragraph 121 of Plaintiff's Complaint.

122. Defendant denies generally and specifically the allegations contained in Paragraph 122 of Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

1. The Complaint is moot.

2. There is no actual case or controversy between the Plaintiff and Defendant Holt.

3. The Complaint fails to state a claim upon which relief may be granted.

WHEREFORE, Defendant demands that Plaintiff's Complaint be denied and dismissed; that judgment enter for the Defendant and that Defendant be awarded costs and attorneys' fees.

DEFENDANT
PATRICK HOLT

By his Attorney,

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
18 Imperial Place, Suite 4D
Providence, RI 02903
(401) 351-8900
(401) 351-8902 (Fax)

Certificate of Service

I hereby certify that on this 25th day of September, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

Stephen J. Reid, Jr., Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
sjr@blishcavlaw.com

Paul E. Phillips, Esq.
91 Friendship Street, Fourth Floor
Providence, RI 02903
pphillips@pdlawri.com

/s/ Kevin F. McHugh