UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**EXECUTIVE RISK INDEMNITY, INC.**
**Plaintiff**

**vs.** **C.A. NO. 06-372-T**

**JOSEPH P. FERRUCCI, as the Court-appointed Receiver For Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY**
**Defendants**

**MOTION FOR LEAVE TO MAKE ALTERNATE SERVICE OF PROCESS BY PUBLICATION ON DEFENDANT DAVID ANDREWS, a/k/a DAVID WHITAKER**

______Plaintiff, Executive Risk Indemnity, Inc. ("ERII"), hereby moves the Court for leave to make alternate service of process by publication on defendant David Andrews, a/k/a David Whitaker ("Andrews"). In support of its Motion, ERII states the following:

1. On August 22, 2006, ERII attempted to make service of process on Andrews at 272 Pierce Avenue, Warwick, Rhode Island, the last known address for Andrews in Rhode Island. ERII was not able to accomplish service on Andrews at this address, which was a vacant house. See Affidavit of Constable Kenneth K. Norigian, attached hereto as Exhibit "A".

2. On September 25, 2006, ERII attempted to make service of process on Andrews at 229 9th Street, NW, Norton, Virginia. ERII was not able to accomplish service of process on Andrews at this address. See Affidavit of Lena Griffin, attached hereto as Exhibit "B".

3. On September 27, 2006, ERII attempted to make service of process on Andrews by e-mail. See Affidavit of Joseph A. Bailey, III, attached hereto as Exhibit "C".

4. ERII has no knowledge or information regarding another address at which to attempt to make service of process on Andrews.

**WHEREFORE**, ERII respectfully requests that the Court authorize service of process on Andrews by publication in the Providence Journal upon such terms as the Court may require.

Executive Risk Indemnity, Inc.

By its Attorneys,

/s/ Stephen J. Reid, Jr., Esq.
Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Attorneys for Plaintiff Executive Risk Indemnity, Inc.

Of counsel:

Michelle A. Kisloff
Joseph A. Bailey, III
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600
(202) 637-5910 (fax)

Dated: September 29, 2006

**CERTIFICATION OF SERVICE**

I hereby certify that I on the 29th day of September, I caused the foregoing Motion For Leave To Make Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker to be e-filed to the following:

Joseph P. Ferrucci, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Kevin F. McHugh, Esq.
18 Imperial Place, Suite 4D
Providence, RI 02903

William J. Delaney, Esq.
Tillinghast Licht, LLP
Ten Weybosset Street
Providence, RI 02903

Paul E. Phillips, Esq.
91 Friendship Street, Fourth Floor
Providence, RI 02903

/s/ Stephen J. Reid, Jr., Esq.