# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.
Plaintiff

vs. C.A. NO. 06-372-T

JOSEPH P. FERRUCCI, as the
Court-appointed Receiver For Mix it for Me.com
D/b/a Mixitforme, Inc., CORY JOHNSON,
DAVID ANDREWS a/k/a "DAVID WHITAKER",
PATRICK HOLT, and SALLY HERSEY
Defendants

## AFFIDAVIT

I, Kenneth K. Norigian, first having been duly sworn, hereby depose and make affidavit as follows:

1. I am a constable certified in all Courts for the State of Rhode Island.

2. On August 22, 2006, I attempted to make service of process in the above-referenced matter on David Andrews, a/k/a David Whitaker at 272 Pierce Avenue, Warwick, Rhode Island, the last known address for Mr. Andrews in Rhode Island.

3. I was not able to accomplish service on Mr. Andrews at this address, which was a vacant premises.

Signed under the pains and penalties of perjury this 28 day of September, 2006.

Kenneth K. Norigian

STATE OF RHODE ISLAND
PROVIDENCE, SC.

September 25, 2006

Then personally appeared before me the above-named Kenneth K. Norigian and swear that the statement contained in the foregoing Affidavit is true and accurate.

Karen A. Norigian
Notary Public
My Commission Expires: 12/07