# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.

Plaintiff,

v.

JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY

Defendants.

C.A. No. 06-372T

**AFFIDAVIT OF LENA GRIFFIN**

I, Lena Griffin, being duly sworn, hereby depose and state as follows:

1. I am an employee of Roundtable Industries, which is located at 815 Virginia Avenue, Norton, Virginia 24273.

2. My company was retained by Hogan & Hartson LLP to try to effect service on David Andrews / Whitaker at 229 9th Street, NW, Norton, Virginia 24273. I undertook to learn who owned this house and learned that it was LouEllen B. Whitaker.

3. On September 25, 2006, I called LouEllen Whitaker's work place twice to try to arrange to effect service. I spoke with a woman who identified herself as LouEllen Whitaker. She said that David Whitaker was her son, but that he did not live at 229 9th Street and was not there. Ms. Whitaker indicated that I could either return the Summons and Complaint to where they came from, or I could give them to her. I went to Ms. Whitaker's work place to try to give the Summons and Complaint to her, but the door was locked and no one let me in when I knocked. I went to 229 9th Street and knocked on the door, but no one answered, no cars were in the driveway, and no one appeared to be home. I left a copy of the Summons and Complaint in the mailbox at 229 9th Street.

Signed under the pains and penalities of perjury this 28 day of September 2006.

Lena Griffin
[NAME]

STATE OF VIRGINIA
COUNTY OF WISE COUNTY

Subscribed and sworn to me at Norton this 28 day of September 2006.

Notary Public
My Commission Expires: 5/31/08

(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
Rhode Island

EXECUTIVE RISK INDEMNITY, INC.

## SUMMONS IN A CIVIL CASE

V.

JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY

CASE NUMBER:

CA 06 372T

TO: (Name and address of Defendant)

David Andrews
a/k/a David Whitaker
272 Pierce Avenue
Warwick, RI 02888

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Reid, Jr., Esq. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

ıswer to the complaint which is served on you with this summons, within twenty (20) days after service is summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you he relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the k of this Court within a reasonable period of time after service.

ɪK

DATE August 18, 2006

DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| of the Summons and complaint was made by me[1] | DATE 9-25-06 |
| SERVER (PRINT) Lena Griffin | TITLE |

*k one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mr Whitaker's mother residence

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| | | |
|---|---|---|
| | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-25-06
Date

*Signature of Server*

815 Virginia Ave Norton, Va 24273
*Address of Server*

Papers were left at the residence of David Whitaker's parents: Mr and Mrs. Payne at 229 9th St Norton, Va 24273

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.