# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**AFFIDAVIT OF ATTORNEY JOSEPH A. BAILEY III**

I, Joseph A. Bailey III, being duly sworn, hereby depose and state as follows:

1. I am an attorney associated with Hogan & Hartson L.L.P., counsel for Defendant Executive Risk Indemnity Inc. ("ERII") in the above-captioned case. I submit this certification in support of ERII's Motion for Service by Publication on David Andrews a/k/a "David Whitaker."

2. ERII attempted to serve David Andrews a/k/a David Whitaker at 272 Pierce Avenue, Warwick, Rhode Island, 02888, which ERII understands to be his last known place of residence. After this effort failed, I made multiple attempts to learn David Andrews a/k/a David Whitaker's current address or whereabouts, none of which have been successful.

3. ERII learned that David Andrews a/k/a David Whitaker recently had been reached or had provided contact information at 229 9th Street, NW, Norton, Virginia 24273. My firm directed that a search be done of tax records to determine who owned that house, and the results indicated that the house is owned by LouEllen B. Whitaker. I directed Lena Griffin of Roundtable Industries to attempt to effect service on Mr. Andrews / Whitaker at that address or to request Ms. Whitaker to forward a copy of the Summons and Complaint to Mr. Andrews /

Whitaker wherever he might be. I understand that Ms. Griffin was unable to effect service on Mr. Andrews / Whitaker, that Ms. Whitaker refused to say where he was, and that Ms. Griffin left a copy of the Summons and Complaint in the mailbox at Ms. Whitaker's house when no one answered the door.

4. ERII also learned that David Andrews a/k/a David Whitaker could be reached through an email address, "musclemilkguy@aol.com." Prior to ERII's filing suit against Mr. Andrews / Whitaker, I sent an email to this email address forwarding several letters from ERII to Andrews / Whitaker and requesting that the recipient notify me if it was not the email address of David Andrews. I received no response and have no indication that the email was not delivered. A true and correct copy of that email, without its attachments, is attached as Exhibit 1 to this Affidavit.

5. On September 27, 2006, I sent a copy of the Summons and Complaint by email to the "musclemilkguy@aol.com" email address. I requested immediate notification if the recipient was not David Andrews / David Whitaker. I received no response and have no indication that the email was not delivered. A true and correct copy of that email is attached as Exhibit 2 to this Affidavit.

6. I also performed multiple internet searches to attempt to discover the current location of Mr. Andrews. None of these searches were successful. I discovered on a genealogy website an email address "d.e.whitaker@att.net" connected with a David Whitaker of Norton, Virginia. On September 27, 2006, I sent a copy of the Summons and Complaint by email to the "d.e.whitaker@att.net" email address. A true and correct copy of that email, without its attachments, is attached as Exhibit 3 to this Affidavit. I received a "message undeliverable" response from the system administrator in response, a true and correct copy of which is attached as Exhibit 4 to this Affidavit.

7. My colleagues and I also have undertaken to find David Andrews / David Whitaker through searches of public records, but none of these searches have been successful in revealing his current address or whereabouts.

8. Plaintiff has made a diligent and good faith effort to serve Defendant Andrews / Whitaker with the Summons and Complaint in this matter, but has been unable to do. Without allowance of the Motion for Service by Publication, I will be unable to effectuate service on Defendant Andrews / Whitaker, thus hindering Plaintiff's ability to seek declarations in the present action regarding its rights.

Signed under the pains and penalities of perjury this 28th day of September 2006.

Joseph A. Bailey III

DISTRICT OF COLUMBIA

Subscribed and sworn to me this 29 day of September 2006, in the District of Columbia.

Notary Public
My Commission Expires: 10/14/2007

# Exhibit 1

**Bailey III, Joseph A.**

---

**From:** Bailey III, Joseph A.
**Sent:** Wednesday, August 16, 2006 5:22 PM
**To:** musclemilkguy@aol.com
**Subject:** Mix It For Me: correspondence from Executive Risk Indemnity Inc. - URGENT
**Importance:** High
**Attachments:** DOC167.PDF; DOC176.PDF; DOC166.PDF; DOC177.PDF; DOC178.pdf

Attached are several letters sent by Executive Risk Indemnity Inc. to David Andrews. If this is not the email address of David Andrews, please delete this email and notify us as soon as possible that this is not Mr. Andrews' email address.

Sincerely,
Joe Bailey

JOSEPH A. BAILEY III, ATTORNEY AT LAW
HOGAN & HARTSON LLP
Columbia Square, 555 Thirteenth Street, NW, Washington, DC 20004
direct +1.202.637.6405 | tel +1.202.637.5600 | fax +1.202.637.5910
jabailey@hhlaw.com | http://www.hhlaw.com
HOGAN &
HARTSON

# Exhibit 2

**Bailey III, Joseph A.**

**From:** Bailey III, Joseph A.
**Sent:** Wednesday, September 27, 2006 9:33 AM
**To:** musclemilkguy@aol.com
**Subject:** Notice of lawsuit filed against David Andrews / David Whitaker
**Importance:** High
**Attachments:** DOC011.PDF; DOC013.PDF; DOC012.PDF

Because I received no response to the below email, I presume this is the email address of David Andrews / David Whitaker. Please notify me immediately if this is not the case.

Attached are three .pdfs giving notice of the lawsuit Executive Risk Indemnity Inc. has filed against David Andrews / David Whitaker. Please confirm that you have received this email.

Regards,
Joe

JOSEPH A. BAILEY III, ATTORNEY AT LAW
HOGAN & HARTSON LLP
Columbia Square, 555 Thirteenth Street, NW, Washington, DC 20004
direct +1.202.637.6405 | tel +1.202.637.5600 | fax +1.202.637.5910
jabailey@hhlaw.com | http://www.hhlaw.com

**From:** Bailey III, Joseph A.
**Sent:** Wednesday, August 16, 2006 5:22 PM
**To:** musclemilkguy@aol.com
**Subject:** Mix It For Me: correspondence from Executive Risk Indemnity Inc. - URGENT
**Importance:** High

Attached are several letters sent by Executive Risk Indemnity Inc. to David Andrews. If this is not the email address of David Andrews, please delete this email and notify us as soon as possible that this is not Mr. Andrews' email address.

Sincerely,
Joe Bailey

JOSEPH A. BAILEY III, ATTORNEY AT LAW
HOGAN & HARTSON LLP
Columbia Square, 555 Thirteenth Street, NW, Washington, DC 20004
direct +1.202.637.6405 | tel +1.202.637.5600 | fax +1.202.637.5910
jabailey@hhlaw.com | http://www.hhlaw.com
HOGAN &
HARTSON

(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
Rhode Island

EXECUTIVE RISK INDEMNITY, INC.

**SUMMONS IN A CIVIL CASE**

V.

JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY

CASE NUMBER:

CA 06 372T

TO: (Name and address of Defendant)

David Andrews
a/k/a David Whitaker
272 Pierce Avenue
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Reid, Jr., Esq. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

swer to the complaint which is served on you with this summons, within twenty (20) days after service s summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you e relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the of this Court within a reasonable period of time after service.

[signature] DATE August 18, 2006

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| of the Summons and complaint was made by me[1] | DATE |
| SERVER *(PRINT)* | TITLE |

*k one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit 3

**Bailey III, Joseph A.**

**From:** Bailey III, Joseph A.
**Sent:** Wednesday, September 27, 2006 9:47 AM
**To:** d.e.whitaker@att.net
**Subject:** Notice of lawsuit filed against David Andrews/Whitaker
**Importance:** High
**Attachments:** DOC013.PDF; DOC011.PDF; DOC012.PDF

Dear Sir:

I am trying to get in touch with an individual who went by the name of David Andrews while he worked with an internet company in Rhode Island, and apparently once went by the name of David Whitaker and had some connection with Norton, Virginia. I found your email address on http://genforum.genealogy.com/whitaker/messages/2532.html when doing an internet search for this individual, and am hoping that you are he.

If you are not the David Andrews / David Whitaker who was involved with the internet company Mix It For Me.com, please let me know and disregard this email.

Attached are three pdf.'s giving notice of the lawsuit that Executive Risk Indemnity Inc. has filed against the David Andrews / David Whitaker who was involved with Mix It For Me.com. If you are this Mr. Andrews / Mr. Whitaker, please confirm that you have received this email.

Regards,
Joe Bailey

JOSEPH A. BAILEY III, ATTORNEY AT LAW
HOGAN & HARTSON LLP
Columbia Square, 555 Thirteenth Street, NW, Washington, DC 20004
direct +1.202.637.6405 | tel +1.202.637.5600 | fax +1.202.637.5910
jabailey@hhlaw.com | http://www.hhlaw.com

# Exhibit 4

**Bailey III, Joseph A.**

**From:** System Administrator
**To:** d.e.whitaker@att.net
**Sent:** Wednesday, September 27, 2006 9:49 AM
**Subject:** Undeliverable: Notice of lawsuit filed against David Andrews/Whitaker

Your message did not reach some or all of the intended recipients.

Subject: Notice of lawsuit filed against David Andrews/Whitaker
Sent: 9/27/2006 9:47 AM

The following recipient(s) could not be reached:

d.e.whitaker@att.net on 9/27/2006 9:48 AM
The e-mail address could not be found. Perhaps the recipient moved to a different e-mail organization, or there was a mistake in the address. Check the address and try again.
<mail.hhlaw.com #5.1.0>