# CERTIFICATION OF SERVICE

I hereby certify that I on the 29th day of September, I caused the foregoing Motion For Leave To Make Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker to be e-filed to Kevin F. McHugh, Esq., 18 Imperial Place, Suite 4D, Providence, RI 02903 and Paul E. Phillips, Esq., 91 Friendship Street, Fourth Floor, Providence, RI 02903 and sent First Class Mail to Joseph P. Ferrucci, Esq., Ferrucci Russo, P.C., 55 Pine Street, Providence, RI 02903 and to William J. Delaney, Esq., Tillinghast Licht, LLP, Ten Weybosset Street, Providence, RI 02903

/s/ Stephen J. Reid, Jr.