UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.
Plaintiff

vs. C.A. NO. 06-372-T

JOSEPH P. FERRUCCI, as the
Court-appointed Receiver For Mix It For Me.com
d/b/a MixITforMe, Inc., CORY JOHNSON,
DAVID ANDREWS a/k/a "DAVID WHITAKER",
PATRICK HOLT, and SALLY HERSEY
Defendants

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, Executive Risk Indemnity, Inc. hereby moves that JOSEPH A. BAILEY III be admitted in the above-captioned case as counsel with local counsel identified below.

Executive Risk Indemnity, Inc.

By its Attorneys,

/s/ Stephen J. Reid, Jr., Esq.
Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: September 29, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | ) | C.A. No. 06-372T |

**CERTIFICATION OF JOSEPH A. BAILEY III IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

JOSEPH A. BAILEY III, of full age, certifies as follows:

1. I am an attorney with the law firm of Hogan & Hartson LLP, and a member in good standing of the bars of the State of Virginia and the District of Columbia, to which I was admitted in 2001 and 2002, respectively, and of United States District Court for the Eastern District of Wisconsin and the United States Court of Appeals for the Fourth Circuit. My eligibility to practice before those courts has not been restricted in any way. I make this Certification in support of my application to appear pro hac vice in this matter.

2. I am associated in this matter with Stephen J. Reid, Jr., an attorney with the law firm of Blish & Cavanaugh, LLP, who is qualified to practice law in the State of Rhode Island. Blish & Cavanaugh, LLP is appearing in this matter on behalf of plaintiff Executive Risk Indemnity, Inc. as counsel of record.

3. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

4. I have never been convicted of any crime other than minor traffic offenses.

5. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past twelve months.

6. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

7. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

8. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in L.R. Gen. 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Joseph A. Bailey III (VA Bar # 46628)
Hogan & Hartson LLP
555 13th St. NW
Washington, D.C. 20004
Telephone: (202) 637-6405
Fax: (202) 637-5910

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of L.R. Gen. 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Stephen J. Reid, Jr., Esq. #2811
Blish & Cavanaugh, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Fax: (401) 751-7542

## CERTIFICATION OF SERVICE

I hereby certify that I on the 29th day of September, I caused the foregoing Motion For Admission Pro Hac Vice to be e-filed to Kevin F. McHugh, Esq., 18 Imperial Place, Suite 4D, Providence, RI 02903 and Paul E. Phillips, Esq., 91 Friendship Street, Fourth Floor, Providence, RI 02903 and sent First Class Mail to Joseph P. Ferrucci, Esq., Ferrucci Russo, P.C., 55 Pine Street, Providence, RI 02903 and to William J. Delaney, Esq., Tillinghast Licht, LLP, Ten Weybosset Street, Providence, RI 02903

/s/ Stephen J. Reid, Jr.