UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 26 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY, INC. | : | |
| | : | |
| v. | : | CA No. 06-372T |
| | : | |
| CORY JOHNSON, et al | : | |

STIPULATION

Plaintiff and Defendant, Cory Johnson, hereby stipulate and agree that Defendant, Cory Johnson may have until October 16, 2006 in which to file his response to Plaintiff's Complaint for Declaratory Judgment, dated August 18, 2006.

Executive Risk Indemnity, Inc.
By their Attorneys,

Stephen J. Reid Jr. by William J. Delaney with permission

Stephen J. Reid, Jr. (#2811)
Blish & Cavanagh, LLP
30 Exchange Terrance
Providence, RI 02903
(401) 831-8900; (401) 751-7542 (Fax)
Dated: September 26, 2006

Cory Johnson

By his Attorneys,

William

William J. Delaney, Esq. (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (Fax)
Dated: September 26, 2006