UNITED STATES DISRICT COURT FOR THE
DISRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY, INC.,<br><br>Plaintiff<br><br>vs.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for MixItForMe.com, d/b/a MixItForMe, Inc.; CORY JOHNSON; DAVID ANDREWS, a/k/a "DAVID WHITAKER"; PATRICK HOLT; and SALLY HERSEY,<br><br>Defendants | : | C.A. No.: 06-372/T |

STIPULATION OF ACCEPTANCE OF SERVICE

BY AGREEMENT OF THE PARTIES HERETO, Christopher M. Mulhearn, Esq., counsel to Joseph P. Ferrucci, Esq., in his capacity as the duly appointed Permanent Receiver of MixItForMe, Inc., and not in his individual capacity, hereby accepts service of process of Executive Risk Indemnity, Inc.'s Summons and Complaint in connection with the above-identified action on behalf of Defendant, Joseph P. Ferrucci, as the Court-Appointed Receiver for MixItForMe.com, d/b/a MixItForMe, Inc., and, further, said acceptance of service of process shall constitute good, valid and effective service of process upon said defendant, pursuant to Rule 4 of the Federal Rules of Civil Procedure. Said service of process shall be effective as of this 12th day of October, 2006.

Agreed, consented, and stipulated to:

Joseph P. Ferrucci, as the Court-Appointed Receiver for MixItForMe.com, d/b/a MixItForMe, Inc.

By his Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Executive Risk Indemnity, Inc.

By its Attorney,

Stephen J. Reid, Jr. (#2819)
**Blish & Cavanagh, LLP**
30 Exchange Terrace
Providence, RI 02903
Tel.: (401) 831-8900
Fax: (401) 751-7542

Dated: October 12, 2006