UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC. :
:
v. : CA No. 06-372T
:
CORY JOHNSON, et al :

## REPLY TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT

Now comes the Defendant Cory Johnson in the above-captioned matter, and hereby furnishes the following reply to the Plaintiffs' Complaint for Declaratory Judgment, dated August 18, 2006 (the "Complaint").

## INTRODUCTION

1. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 1 of the Complaint and leave Plaintiff to their proof.

2. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 2 of the Complaint and leave Plaintiff to their proof.

3. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 3 of the Complaint and leave Plaintiff to their proof.

## PARTIES

4. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 4 of the Complaint and leave Plaintiff to their proof.

5. The Defendant admits the allegations as set forth in paragraph 5 of the Complaint as to that MixitforMe's Receiver is Joseph P. Ferrucci.

6. The Defendant admits he is President and the sole shareholder of MixitforMe ("MIFM").

7. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 7 of the Complaint and leaves Plaintiff to their proof.

8. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 8 of the Complaint and leaves Plaintiff to their proof.

9. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 9 of the Complaint and leaves Plaintiff to their proof.

## JURISDICTION AND VENUE

10. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 10 of the Complaint and leaves Plaintiff to their proof.

11. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 11 of the Complaint and leaves Plaintiff to their proof.

12. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 12 of the Complaint and leaves Plaintiff to their proof.

## FACTS

13. The Defendant admits he signed an application on September 28, 2005 for the Policy.

14. The Defendant admits the allegations as set forth in paragraph 6 of the Complaint.

15. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 15 of the Complaint and leaves Plaintiff to their proof.

16. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 16 of the Complaint and leaves Plaintiff to their proof.

17. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 17 of the Complaint and leaves Plaintiff to their proof.

18. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 18 of the Complaint and leaves Plaintiff to their proof.

**THE POLICY**

19. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 19 of the Complaint and leaves Plaintiff to their proof.

20. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 20 of the Complaint and leaves Plaintiff to their proof.

21. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 21 of the Complaint and leaves Plaintiff to their proof.

22. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 22 of the Complaint and leaves Plaintiff to their proof.

23. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 23 of the Complaint and leaves Plaintiff to their proof.

24. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 24 of the Complaint and leaves Plaintiff to their proof.

25. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 25 of the Complaint and leaves Plaintiff to their proof.

26. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 26 of the Complaint and leaves Plaintiff to their proof.

27. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 27 of the Complaint and leaves Plaintiff to their proof.

28. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 28 of the Complaint and leaves Plaintiff to their proof.

29. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 29 of the Complaint and leaves Plaintiff to their proof.

30. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 30 of the Complaint and leaves Plaintiff to their proof.

31. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 31 of the Complaint and leaves Plaintiff to their proof.

32. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 32 of the Complaint and leaves Plaintiff to their proof.

33. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 33 of the Complaint and leaves Plaintiff to their proof.

34. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 34 of the Complaint and leaves Plaintiff to their proof.

**THE RECEIVERSHIP AND CRIMINAL INVESTIGATIONS**

35. The Defendant admits the allegations as set forth in paragraph 35of the Complaint.

36. The Defendant admits Mr. Ferrucci was appointed MIFM's Permanent Receiver.

37. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 37 of the Complaint and leaves Plaintiff to their proof.

**THE UNDERLYING ACTIONS**

38. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 38 of the Complaint and leaves Plaintiff to their proof.

39. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 39 of the Complaint and leaves Plaintiff to their proof.

40. The Defendant admits he sent a copy of the Amex Action Complaint to ERII by e-mail, requesting coverage.

41. The Defendant admits Siiber Marketing, Inc. filed a Complaint against MIFM and the Defendant.

42. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 42 of the Complaint and leaves Plaintiff to their proof.

43. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 43 of the Complaint and leaves Plaintiff to their proof.

44. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 44 of the Complaint and leaves Plaintiff to their proof.

45. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 45 of the Complaint and leaves Plaintiff to their proof.

46. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 46 of the Complaint and leaves Plaintiff to their proof.

47. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 47 of the Complaint and leaves Plaintiff to their proof.

48. The Defendant admits he filed an Answer and Counterclaim.

49. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 49 of the Complaint and leaves Plaintiff to their proof.

50. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 50 of the Complaint and leaves Plaintiff to their proof.

51. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 51of the Complaint and leaves Plaintiff to their proof.

52. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 52 of the Complaint and leaves Plaintiff to their proof.

53. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 53 of the Complaint and leaves Plaintiff to their proof.

54. The Defendant admits that in August, 2006, he received a letter from ERII.

## THE ISS ACTION

55. The Defendant admits the allegations as set forth in paragraph 55 of the Complaint that the ISS Action was commenced when ISS filed a Complaint against the Defendant, among others.

56. The Defendant asserts his response as set forth in paragraph 55 of the Complaint.

57. The Defendant asserts his response as set forth in paragraph 55 of the Complaint.

58. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 58 of the Complaint and leaves Plaintiff to their proof.

59. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 59 of the Complaint and leaves Plaintiff to their proof.

60. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 60 of the Complaint and leaves Plaintiff to their proof.

61. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 61of the Complaint and leaves Plaintiff to their proof.

62. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 62 of the Complaint and leaves Plaintiff to their proof.

63. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 63 of the Complaint and leaves Plaintiff to their proof.

64. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 64 of the Complaint and leaves Plaintiff to their proof.

65. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 65of the Complaint and leaves Plaintiff to their proof.

66. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 66 of the Complaint and leaves Plaintiff to their proof.

## THE KEY WEST ACTION

67. The Defendant admits the allegations as set forth in paragraph 67 of the Complaint that a Complaint was filed against the Defendant, among others, by Key West Manufacturing, Inc.

68. The Defendant asserts his response as set forth in paragraph 67 of the Complaint.

69. The Defendant asserts his response as set forth in paragraph 67 of the Complaint.

70.. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 70 of the Complaint and leaves Plaintiff to their proof.

71. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 71 of the Complaint and leaves Plaintiff to their proof.

72. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 72 of the Complaint and leaves Plaintiff to their proof.

73. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 73of the Complaint and leaves Plaintiff to their proof.

**THE AMEX ACTION**

74. The Defendant admits the allegations as set forth in paragraph 74 of the Complaint that a Complaint was filed against the Defendant by American Express Bank, FSB.

75. The Defendant asserts his response as set forth in paragraph 74 of the Complaint.

76. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 76 of the Complaint and leaves Plaintiff to their proof.

77. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 77 of the Complaint and leaves Plaintiff to their proof.

78. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 78 of the Complaint and leaves Plaintiff to their proof.

79. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 79 of the Complaint and leaves Plaintiff to their proof.

**COUNT I**

**Declaratory Judgment - No Duty to Defend or Indemnify with Respect to Siiber Action**

80. The Defendant incorporates by reference his responses set forth in paragraphs 1 through 79, inclusive.

81. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 81 of the Complaint and leaves Plaintiff to their proof.

82. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 82 of the Complaint and leaves Plaintiff to their proof.

83. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 83 of the Complaint and leaves Plaintiff to their proof.

84. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 84 of the Complaint and leaves Plaintiff to their proof.

85. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 85 of the Complaint and leaves Plaintiff to their proof.

86. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 86 of the Complaint and leaves Plaintiff to their proof.

87. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 87 of the Complaint and leaves Plaintiff to their proof.

88. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 88 of the Complaint and leaves Plaintiff to their proof.

89. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 89 of the Complaint and leaves Plaintiff to their proof.

90. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 90 of the Complaint and leaves Plaintiff to their proof.

91. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 91 of the Complaint and leaves Plaintiff to their proof.

**COUNT II**
**Declaratory Judgment - No Duty to Defend or Indemnify MIFM or Defendant Johnson with Respect to ISS and Key West Actions**

92. The Defendant incorporates by reference his responses set forth in paragraphs 1 through 91, inclusive.

93. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 93 of the Complaint and leaves Plaintiff to their proof.

94. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 94 of the Complaint and leaves Plaintiff to their proof.

95. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 95 of the Complaint and leaves Plaintiff to their proof.

96. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 96 of the Complaint and leaves Plaintiff to their proof.

97. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 97 of the Complaint and leaves Plaintiff to their proof.

98. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 98 of the Complaint and leaves Plaintiff to their proof.

99. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 99 of the Complaint and leaves Plaintiff to their proof.

**COUNT III**
**Declaratory Judgment - No Duty to Defend or Indemnify Defendant Andrews/Whitaker with Respect to ISS and Key West Actions**

100. The Defendant incorporates by reference his responses set forth in paragraphs 1 through 99, inclusive.

101. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 101 of the Complaint and leaves Plaintiff to their proof.

102. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 102 of the Complaint and leaves Plaintiff to their proof.

103. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 103 of the Complaint and leaves Plaintiff to their proof.

104. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 104 of the Complaint and leaves Plaintiff to their proof.

105. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 105 of the Complaint and leaves Plaintiff to their proof.

106. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 97 of the Complaint and leaves Plaintiff to their proof.

**COUNT IV**
**Declaratory Judgment - No Duty to Defend or Indemnify with Respect to Amex Action**

107. The Defendant incorporates by reference his responses set forth in paragraphs 1 through 106, inclusive.

108. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 108 of the Complaint and leaves Plaintiff to their proof.

109. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 109 of the Complaint and leaves Plaintiff to their proof.

110. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 110 of the Complaint and leaves Plaintiff to their proof.

111. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 111 of the Complaint and leaves Plaintiff to their proof.

112. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 112 of the Complaint and leaves Plaintiff to their proof.

113. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 113 of the Complaint and leaves Plaintiff to their proof.

**COUNT V**
**Declaratory Judgment - No Duty to Indemnify Any of the Defendants for Amounts No Constituting Loss Arising from the Siiber, ISS, Key West Actions and Amex Actions**

114. The Defendant incorporates by reference his responses set forth in paragraphs 1 through 113, inclusive.

115. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 115 of the Complaint and leaves Plaintiff to their proof.

116. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 116 of the Complaint and leaves Plaintiff to their proof.

117. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 117 of the Complaint and leaves Plaintiff to their proof.

118. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 118 of the Complaint and leaves Plaintiff to their proof.

119. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 119 of the Complaint and leaves Plaintiff to their proof.

120. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 120 of the Complaint and leaves Plaintiff to their proof.

121. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 121 of the Complaint and leaves Plaintiff to their proof.

122. The Defendant is without sufficient information to form a belief as to the allegations as set forth in paragraph 122 of the Complaint and leaves Plaintiff to their proof.

WHEREFORE, Defendant respectfully requests that this Court dismiss the Complaint, or in the alternative, enter judgment in its favor, award it costs and expenses incurred in connection with responding to this Complaint, including, but not limited to, its reasonable attorneys' fees, plus any other relief that this Court deems just and proper.

CORY JOHNSON
By His Attorneys,

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (FAX)
Dated: October 16, 2006

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses pursuant to Rule 8 of the Federal Rules of Civil Procedure:

1. Waiver.
2. Breach of Contractual Obligations.
3. Estoppel.
4. Unclean Hands.
5. Release.

## DEFENSES

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant hereby asserts the following defenses:

1. The Complaint fails to state a cause of action upon which relief may be granted.

2. This Court lacks jurisdiction over the subject matter of the Complaint.

Respectfully Submitted,

CORY JOHNSON,

By His Attorneys,

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (FAX)
Dated: October 16, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2006, I sent by facsimile and mailed a copy of the within by regular mail, postage prepaid to the following:

Stephen J. Reid, Jr., (#2811)
Blish & Cavanagh, LLP
Commerce Cener
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 (fax)

Michelle A. Kisloff
Joseph A. Bailey III
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5600
(202) 637-5910 (fax)

William [signature]

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;437317;1