UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**EXECUTIVE RISK INDEMNITY, INC.**
**Plaintiff**

**vs.** **C.A. No. 06-372-T**

**JOSEPH P. FERRUCCI, as the**
**Court-Appointed Receiver For Mix It For Me.com**
**d/b/a MixITforMe, Inc., CORY JOHNSON,**
**DAVID ANDREWS a/k/a "DAVID WHITAKER",**
**PATRICK HOLT, and SALLY HERSEY**
**Defendants**

## STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANT PATRICK HOLT

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Executive Risk Indemnity, Inc. ("ERII") and Defendant Patrick Holt hereby stipulate, by and through their respective attorneys, to the dismissal without prejudice of Defendant Patrick Holt from the above captioned lawsuit. Plaintiff ERII and Defendant Patrick Holt each shall be responsible for their own respective costs, expenses, and attorneys' fees.

Executive Risk Indemnity, Inc.

By its Attorneys,

/s/ Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Patrick Holt

By his Attorney,

/s/ Kevin F. McHugh
Kevin F. McHugh #3927
18 Imperial Place, Suite 4D
Providence, RI 02903
(401) 351-8900
(401) 351-8902 (fax)

Of Counsel:

Michelle A. Kisloff
Joseph A. Bailey III
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600
(202) 637-5910 (fax)

Dated: October __, 2006

## CERTIFICATE OF SERVICE

______I hereby certify that on the 20th day of October, 2006, I caused the foregoing Stipulation Of Dismissal, Without Prejudice, As To Defendant Patrick Holt to be mailed to Christopher M. Mulhearn, Esq., Ferrucci Russo, P.C., 55 Pine Street, 4th Floor, Providence, RI 02903 and to be electronically served upon to William J. Delaney, Esq., Tillinghast Licht LLP, 10 Weybosset Street, Providence, RI 02903 and Paul E. Phillips, Esq., Phillips & D'Aloisio, 91 Friendship Street, Fourth Floor, Providence, RI 02903.

/s/ Stephen J. Reid, Jr.