UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**SUPPLEMENTAL AFFIDAVIT OF ATTORNEY JOSEPH A. BAILEY III**

I, Joseph A. Bailey III, being duly sworn, hereby depose and state as follows:

1. I am an attorney associated with Hogan & Hartson L.L.P., counsel for Plaintiff Executive Risk Indemnity Inc. ("ERII") in the above-captioned case. I submit this supplemental affidavit in further support of ERII's Motion for Service by Publication on David Andrews a/k/a David Whitaker ("Andrews/Whitaker"). A copy of my Affidavit dated September 28, 2006, submitted in connection with ERII's motion on September 29, 2006, is attached for the Court's convenience as Exhibit A.

2. This litigation involves questions of insurance coverage under Power Source Policy Number 6803-4755 (the "Policy") issued by ERII to Mix It For me.com d/b/a MixITforMe, Inc. ("MIFM"). ERII did not issue the Policy directly to Andrews/Whitaker, nor is Andrews/Whitaker individually named in the Policy or the application for the Policy. Andrews/Whitaker is potentially an Insured under the Policy solely by virtue of his status as a former officer, director or employee of MIFM.

3. As set forth in my September 28, 2006 Affidavit, ERII unsuccessfully attempted to serve David Andrews a/k/a David Whitaker ("Andrews/Whitaker") at 272 Pierce

Avenue, Warwick, Rhode Island, 02888. ERII believed that Andrews/Whitaker might be found at that address because another insured had informed ERII that Andrews/Whitaker had resided for some time with MIFM owner Cory Johnson at that address.

4. On information and belief, MIFM is no longer in business.

5. On information and belief, federal agents executed a search warrant on MIFM in March 2006, seizing the company's records, including its personnel records. Counsel appointed by ERII to defend MIFM in one of the lawsuits filed against MIFM has unsuccessfully attempted to obtain the company's records from the federal government. The U.S. Attorney for the Direct of Rhode Island has denied that request. *See* Exhibit B (September 12, 2006 Letter from Assistant U.S. Attorney Lee H. Vilker to Kimberly Eberwine, Esq.).

6. As set forth in my September 28, 2006 Affidavit, I made multiple attempts to learn Andrews/David Whitaker's current address or whereabouts, none of which have been successful. *See* Exhibit A ¶¶3-7. Without allowance of the Motion for Service by Publication, ERII will be unable to effectuate service on Andrews/Whitaker.

Signed under the pains and penalties of perjury this 14th day of November 2006.

Joseph A. Bailey III

DISTRICT OF COLUMBIA

Subscribed and sworn to me this 14th day of November 2006, in the District of Columbia.

Notary Public
My Commission Expires:____________

**Janice M. Rosnick**
**Notary Public, District of Columbia**
**My Commission Expires 2-28-2010**