UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**AFFIDAVIT OF ATTORNEY JOSEPH A. BAILEY III**

I, Joseph A. Bailey III, being duly sworn, hereby depose and state as follows:

1. I am an attorney associated with Hogan & Hartson L.L.P., counsel for Defendant Executive Risk Indemnity Inc. ("ERII") in the above-captioned case. I submit this certification in support of ERII's Motion for Service by Publication on David Andrews a/k/a "David Whitaker."

2. ERII attempted to serve David Andrews a/k/a David Whitaker at 272 Pierce Avenue, Warwick, Rhode Island, 02888, which ERII understands to be his last known place of residence. After this effort failed, I made multiple attempts to learn David Andrews a/k/a David Whitaker's current address or whereabouts, none of which have been successful.

3. ERII learned that David Andrews a/k/a David Whitaker recently had been reached or had provided contact information at 229 9th Street, NW, Norton, Virginia 24273. My firm directed that a search be done of tax records to determine who owned that house, and the results indicated that the house is owned by LouEllen B. Whitaker. I directed Lena Griffin of Roundtable Industries to attempt to effect service on Mr. Andrews / Whitaker at that address or to request Ms. Whitaker to forward a copy of the Summons and Complaint to Mr. Andrews /

Whitaker wherever he might be. I understand that Ms. Griffin was unable to effect service on Mr. Andrews / Whitaker, that Ms. Whitaker refused to say where he was, and that Ms. Griffin left a copy of the Summons and Complaint in the mailbox at Ms. Whitaker's house when no one answered the door.

4. ERII also learned that David Andrews a/k/a David Whitaker could be reached through an email address, "musclemilkguy@aol.com." Prior to ERII's filing suit against Mr. Andrews / Whitaker, I sent an email to this email address forwarding several letters from ERII to Andrews / Whitaker and requesting that the recipient notify me if it was not the email address of David Andrews. I received no response and have no indication that the email was not delivered. A true and correct copy of that email, without its attachments, is attached as Exhibit 1 to this Affidavit.

5. On September 27, 2006, I sent a copy of the Summons and Complaint by email to the "musclemilkguy@aol.com" email address. I requested immediate notification if the recipient was not David Andrews / David Whitaker. I received no response and have no indication that the email was not delivered. A true and correct copy of that email is attached as Exhibit 2 to this Affidavit.

6. I also performed multiple internet searches to attempt to discover the current location of Mr. Andrews. None of these searches were successful. I discovered on a genealogy website an email address "d.e.whitaker@att.net" connected with a David Whitaker of Norton, Virginia. On September 27, 2006, I sent a copy of the Summons and Complaint by email to the "d.e.whitaker@att.net" email address. A true and correct copy of that email, without its attachments, is attached as Exhibit 3 to this Affidavit. I received a "message undeliverable" response from the system administrator in response, a true and correct copy of which is attached as Exhibit 4 to this Affidavit.

7. My colleagues and I also have undertaken to find David Andrews / David Whitaker through searches of public records, but none of these searches have been successful in revealing his current address or whereabouts.

8. Plaintiff has made a diligent and good faith effort to serve Defendant Andrews / Whitaker with the Summons and Complaint in this matter, but has been unable to do. Without allowance of the Motion for Service by Publication, I will be unable to effectuate service on Defendant Andrews / Whitaker, thus hindering Plaintiff's ability to seek declarations in the present action regarding its rights.

Signed under the pains and penalities of perjury this 28th day of September 2006.

Joseph A. Bailey III

DISTRICT OF COLUMBIA

Subscribed and sworn to me this 29 day of September 2006, in the District of Columbia.

Notary Public
My Commission Expires: 10/14/2007