**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 528-5477
FAX (401) 528-5474

September 12, 2006

Kimberly Eberwine, Esq.
Squire, Sanders & Dempsey LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Re: Silber Marketing v. Mixitforme, et al.

Dear Ms. Eberwine:

I am writing in response to your letter dated September 8, 2006. In that letter, you requested that the United States produce copies of certain documentation concerning Mixitforme, Inc. For the reason stated below, the United States cannot at this time produce the records you have requested.

As you are aware, the United States has significant records concerning your clients from the execution of a federal search warrant on March 27, 2006 as well as from other sources. All of these documents are considered to be evidence in an ongoing criminal investigation in which your clients are targets. For this reason, the United States will not be providing copies of the documents identified in your letter. When all criminal proceedings are concluded, we will be able to provide you with the documents you have requested.

Please feel free to call me with any questions.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Lee Vilker

LEE H. VILKER
Assistant U.S. Attorney

cc: Craig Marech
United States Secret Service