UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EXECUTIVE RISK INDEMNITY, INC.**<br>**Plaintiff**<br><br>**vs.**<br><br>**JOSEPH P. FERRUCCI, as the Court-appointed Receiver For Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY**<br>**Defendants** | : | **C.A. NO. 06-372-T** |

**<u>AFFIDAVIT REGARDING ALTERNATE SERVICE OF PROCESS BY PUBLICATION ON DEFENDANT DAVID ANDREWS, a/k/a DAVID WHITAKER</u>**

I, Stephen J. Reid, Jr., first having been duly sworn, hereby depose and make Affidavit as follows, based upon my personal knowledge, information and belief:

1. I am counsel of record for plaintiff, Executive Risk Indemnity, Inc., in this action.

2. On November 30, 2006, the Court entered an Order granting plaintiff's Motion For Leave To Make Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker.

3. In accordance with the Order of the Court, by letter dated November 30, 2006, I arranged for the placement of an appropriate Legal Notice to be published in The Providence Sunday Journal on December 3, December 10, and December 17. A

copy of that letter is attached hereto as Exhibit "A".

4. As requested in my November 30, 2006 letter, the Legal Notice was published in The Providence Sunday Journal on December 3, December 10, and December 17. Copies of the "tear sheet" for each date of publication of that Legal Notice are attached hereto as Exhibits B-1, B-2, and B-3, respectively.

5. In accordance with the Order of the Court, on information and belief, pro hac vice counsel, Joseph A. Bailey, III, arranged for the placement of an appropriate Legal Notice to be published in The Coalfield Progress (in the City of Norton, Wise County, State of Virginia) twice a week (Tuesday and Thursday, the only days on which The Coalfield Progress is published) on December 5, December 7, December 12, and December 14.

6. As requested, the Legal Notice was published in The Coalfield Progress on December 5, December 7, December 12, and December 14. Copies of the "tear sheet" for each date of publication of that Legal Notice are attached hereto as Exhibits C-1, C-2, C-3, and C-4, respectively.

Signed under the pains and penalties of perjury this 21st day of December, 2006.

Stephen J. Reid, Jr.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

December 21, 2006

Then personally appeared before me the above-named Stephen J. Reid, Jr. and swore that the statements contained in the foregoing Affidavit are true and accurate, except for those based on information and belief and as to those he believes them to be true and accurate.

Virginia S. Maker, Notary Public
Notary Public
My Commission Expires: 7/1/09

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2006, I caused a copy of the foregoing Affidavit Regarding Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker to be electronically served upon:

Christopher M. Mulhearn, Esq.,
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903.

William J. Delaney, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Stephen J. Reid, Jr.