BLISH & CAVANAGH LLP

C O U N S E L L O R S A T L A W

November 30, 2006

*Via Facsimile*

Joseph V. Cavanagh, Jr.
William R. Landry
Edmund L. Alves, Jr.
Stephen J. Reid, Jr.
Karen A. Pelczarski
Scott T. Spear
Kristin E. Rodgers

Staci L. Kolb
Mary Cavanagh-Dunn
Ragan L. Willis
Joseph V. Cavanagh, III

John H. Blish
Of Counsel

Legal Department
The Providence Journal
75 Fountain Street
Providence, RI 02903

Attn: Theresa

**RE: *LEGAL NOTICE***

Dear Theresa:

Enclosed herewith for publication in the Providence Sunday Journal on December 3, December 10, and December 17 please find a legal notice in the matter known as Executive Risk Indemnity, Inc. vs. Joseph P. Ferrucci, et al., Civil Action number 06-372-T. Please provide me with the "tear sheets" for each of the three consecutive Sunday publications of the enclosed legal notice. Please forward to my attention at the above address the invoice(s) for the publication of the enclosed legal notice.

Thank you for your attention to this matter.

Very truly yours,

Stephen J. Reid, Jr.

Enclosure

EXHIBIT "A"

Commerce Center · 30 Exchange Terrace · Providence, Rhode Island 02903-1765 · Tel (401) 831-8900 · Fax (401) 751-7542
www.blishcavlaw.com · Tax ID# 050421848

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.
Plaintiff

vs. C.A. NO. 06-372-T

JOSEPH P. FERRUCCI, as the
Court-appointed Receiver For Mix It For Me.com
d/b/a MixITforMe, Inc., CORY JOHNSON,
DAVID ANDREWS a/k/a "DAVID WHITAKER",
PATRICK HOLT, and SALLY HERSEY
Defendants

Plaintiff's Motion For Leave To Make Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker having been granted by the Court, Torres, J., on November 30, 2006:

Defendant David Andrews, a/k/a David Whitaker is HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

STEPHEN J. REID, JR. #2811
BLISH & CAVANAGH, LLP
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903
(401) 831-8900
(401) 751-7542 (FAX)

an answer to the Complaint For Declaratory Judgment on or before January 8, 2007. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint For Declaratory Judgment. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_/s/______________________________
Stephen J. Reid, Jr. #2811