THE PROVIDENCE SUNDAY JOURNAL

P 12 SUNDAY, DECEMBER 3, 2006

## LEGAL NOTICES

UNITED STATES
DISTRICT COURT
FOR THE DISTRICT
OF RHODE ISLAND
EXECUTIVE RISK
INDEMNITY, INC.
Plaintiff
vs.
JOSEPH P. FERRUCCI, as the
Court-appointed Receiver
For Mix It For Me.com
d/b/a MixITforMe, Inc.,
CORY JOHNSON,
DAVID ANDREWS a/k/a
"DAVID WHITAKER",
PATRICK HOLT, and
SALLY HERSEY
Defendants
C.A. NO. 06-372-T

Plaintiff's Motion For Leave To Make Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker having been granted by the Court, Torres, J., on November 30, 2006:

Defendant David Andrews, a/k/a David Whitaker is HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

STEPHEN J. REID, JR. #2811
BLISH & CAVANAGH, LLP
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903
(401) 831-8900
(401) 751-7542 (FAX)

an answer to the Complaint For Declaratory Judgment on or before January 8, 2007. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint For Declaratory Judgment. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Stephen J. Reid, Jr. #2811

EXHIBIT "B-1"