Norton, Virginia 24273 **The Coalfield Progress** Thursday, December 7, 2006 PAGE 7-C

## LEGAL NOTICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.
Plaintiff
C.A. NO. 06-372-T

VS.

JOSEPH P. FERRUCCI, as the Court-appointed Receiver For Mix It For Me.com d/b/a MixITforMe, Inc.
CORY JOHNSON,
DAVID ANDREWS a/k/a "DAVID WHITAKER",
PATRICK HOLT, and
SALLY HERSEY
Defendants

Plaintiff's Motion For Leave To Make Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker having been grated by the Court, Torres, J. on November 30, 2006.

Defendant David Andrews a/k/a David Whitaker is HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

STEPHEN J. REID, JR. #2811
BLISH & CAVANAGH, LLP
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903
[illegible] (401) 831-8900
[illegible] (401) 751-7542

an answer to the Complaint For Declaratory Judgment on or before [illegible]uary [illegible], 2007. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint For Declaratory Judgment. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

Stephen J. Reid, Jr. #2811
[illegible]

**EXHIBIT** "C-2"