Norton, Virginia 24273 The Coalfield Progress Tuesday, December 12, 2006 PAGE 7-B

Coalfield CLASSIFIEDS

Phone Our Classified Ad Department at 679-1101

LEGAL NOTICE

**960-Legal Notice**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.
Plaintiff
C.A. NO. 06-372-T

VS.

JOSEPH P. FERRUCCI, as the Court-appointed Receiver For Mix It For Me.com
d/b/a MixITforMe, Inc.,
CORY JOHNSON,
DAVID ANDREWS a/k/a "DAVID WHITAKER",
PATRICK HOLT, and
SALLY HERSEY
Defendants

Plaintiff's Motion For Leave To Make Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker having been grated by the Court, Torres, J., on November 30, 2006:

Defendant David Andrews, a/k/a David Whitaker is HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

STEPHEN J. REID, JR. #2811
BLISH & CAVANAGH, LLP.
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903
(401)831-8900
(401)751-7542 (FAX)

an answer to the Complaint For Declaratory Judgment on or before January 8, 2007. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint For Declaratory Judgment. Any answer that you serve on the parities to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Stephen J. Reid, Jr. #2811
TT 97-6t-pd