UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br>Plaintiff<br><br>vs.<br><br>JOSEPH P. FERRUCCI, as the Court-appointed Receiver For Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 06-372-T |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DAVID ANDREWS, a/k/a DAVID WHITAKER, PURSUANT TO F.R.C.P. 55(a)**

Plaintiff, Executive Risk Indemnity, Inc. ("ERII"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby applies for the entry of default against defendant David Andrews, a/k/a David Whitaker ("Andrews"). In support of that Application, I, Stephen J. Reid, Jr., first having been duly sworn, hereby depose and make Affidavit as follows, based upon my personal knowledge, information and belief:

1. As set forth in detail in the Affidavit Regarding Alternate Service Of Process By Publication On Defendant David Andrews, a/k/a David Whitaker (electronically filed on December 21, 2006 as Document Number 22), alternate service of process by publication has been made on Andrews, requiring him to file and serve an Answer to the Complaint For Declaratory Judgment on or before January 8, 2007.

2. As of the date of this Application, Andrews has not filed and/or served on counsel for ERII an Answer to the Complaint For Declaratory Judgment, and has failed to plead or otherwise defend against the Complaint For Declaratory Judgment.

3. As of the date of this Application, Andrews has not filed and/or served on counsel for ERII a Motion to extend the time within which he must file and serve an Answer to the Complaint For Declaratory Judgment.

4. Andrews was not at the time of the commencement of this action nor is he now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940, as amended, nor is he an infant or incompetent.

5. Andrews has no setoffs or counterclaims against ERII and, in my opinion, there is no defense to the claims and causes of this action asserted against Andrews in the Complaint For Declaratory Judgment.

Signed under the pains and penalties of perjury this 16th day of January, 2007.

Stephen J. Reid, Jr.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

January __, 2007

Then personally appeared before me the above-named Stephen J. Reid, Jr. and swore that the statements contained in the foregoing Affidavit are true and accurate, except for those based on information and belief and as to those he believes them to be true and accurate.

Notary Public
My Commission Expires: 9/21/10

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2007, I caused a copy of the foregoing Affidavit In Support Of Plaintiff's Application For Entry Of Default Against Defendant David Andrews, a/k/a David Whitaker Pursuant To F.R.C.P. 55(a) to be electronically served upon:

Christopher M. Mulhearn, Esq.,
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903.

William J. Delaney, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Stephen J. Reid, Jr.