UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EXECUTIVE RISK INDEMNITY, INC.**<br>**Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-372-T** |
| | : | |
| **JOSEPH P. FERRUCCI, as the Court-appointed Receiver For Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY**<br>**Defendants** | : | |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DAVID ANDREWS, a/k/a DAVID WHITAKER, PURSUANT TO F.R.C.P. 55(a)**

Plaintiff, Executive Risk Indemnity, Inc. ("ERII"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves for the entry of default by the Clerk against defendant David Andrews, a/k/a David Whitaker. In support of its Motion, ERII relies upon the Affidavit electronically filed by Stephen J. Reid, Jr. on January 16, 2007 as Document Number 23.

**WHEREFORE**, ERII respectfully requests that the Clerk enter Default against Defendant David Andrews, a/k/a David Whitaker, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Executive Risk Indemnity, Inc.

By its Attorneys,

/s/ Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
sjr@blishcavalaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey, III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey, III
JABAileyIII@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Dated: January 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2007, I caused a copy of the foregoing Plaintiff's Motion For Clerk's Entry Of Default Against Defendant David Andrews, a/k/a David Whitaker, Pursuant To F.R.C.P. 55(a) to be electronically served upon:

Christopher M. Mulhearn, Esq.,
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903.

William J. Delaney, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Stephen J. Reid, Jr.