UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br>Plaintiff | : | |
| vs. | : | C.A. NO. 06-372-T |
| JOSEPH P. FERRUCCI, as the Court-appointed Receiver For Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br>Defendants | : | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DAVID ANDREWS, a/k/a DAVID WHITAKER, PURSUANT TO F.R.C.P. 55(b)(2) AND 54(b)**

Plaintiff, Executive Risk Indemnity, Inc. ("ERII"), pursuant to Rules 55(b)(2) and 54(b) of the Federal Rules of Civil Procedure, hereby moves for the entry of Default Judgment against defendant David Andrews, a/k/a David Whitaker ("Andrews"). In support of that Motion, ERII states as follows:

1. As set forth in detail in the Affidavit in Support of Plaintiff's Application for Entry of Default Against David Andrews, a/k/a David Whitaker, Pursuant to F.R.C.P. 55(a) ("Affidavit"), Andrews was required to file and serve an Answer to the Complaint for Declaratory Judgment on or before January 8, 2007, but failed to do so or otherwise defend against the Complaint.

2. On January 17, 2007, in reliance on the Affidavit, ERII filed a Motion for Clerk's Entry of Default Against Defendant David Andrews, a/k/a David Whitaker, Pursuant to F.R.C.P. 55(a).

3. Since the filing of the Affidavit and the January 17, 2007 Motion, Andrews still has not responded to the Complaint or otherwise opposed entry of Default.

4. There is no just reason for delay in entering Default Judgment against Andrews.

**WHEREFORE**, ERII respectfully requests that the Court, after entry of default against Andrews:

1. Enter Default Judgment against Andrews declaring that Power Source Policy Number 6803-4755 issued by ERII to Mix it For Me.com for the Policy Period of September 28, 2005 to September 28, 2006 (a copy of which is attached as Exhibit B to the Complaint For Declaratory Judgment) (the "Policy") does not afford coverage for Andrews with respect to the action styled Internet Sales Solutions, LLC vs. Dave Andrews, Cory Johnson, Patrick Holt and Mixitforme.com, C.A. No. 2:06-cv-02036-MPM-DGB,(C.D. Ill.) (the "ISS Action") because Andrews breached his obligations under Clause IX(B) of the Policy's General Terms and Conditions to the detriment of ERII's ability to investigate and defend the ISS Action, and declaring that ERII is not obligated to defend or indemnify Andrews in connection with the ISS Action.

2. Enter Default Judgment against Andrews declaring that the Policy does not afford coverage for Andrews with respect to the action styled Key West Marketing, Inc. vs. Mix It For Me, Inc., Interactive Learning Networks, Inc. d/b/a Cutting Edge Technologies, Cory Johnson, David Andrews, and Sally Hersey, Case No. 2006-0627 (R.I. Super. Ct., Providence) (the "Key West Action") because Andrews breached his obligations under Clause IX(B) of the Policy's General Terms and Conditions to the

detriment of ERII's ability to investigate and defend the Key West Action, and declaring that ERII is not obligated to defend or indemnify Andrews in connection with the Key West Action.

3. Enter Default Judgment against Andrews declaring that the Policy does not afford indemnity coverage for Andrews for the disgorgement of ill-gotten gains or improper profits or the multiple portion of any multiplied damage award in the ISS Action or Key West Action for the additional reason that those amounts do not qualify as "Loss" under the Policy's definition of the same term, and declaring that for this additional reason, ERII is not obligated to indemnify Andrews for such amounts in connection with the ISS Action or Key West Action.

4. Make the express determination that there is no just reason for delay and make the express direction for the entry of final judgment against Andrews, as set forth in paragraphs numbered 1, 2, and 3, above.

5. Provide such other and further relief as the Court may deem appropriate.

Executive Risk Indemnity, Inc.

By its Attorneys,

/s/ Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Dated: January 25, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2007, I caused a copy of the foregoing Plaintiff's Motion For Entry Of Default Judgment Against Defendant David Andrews, a/k/a David Whitaker, Pursuant To F.R.C.P. 55 (b)(2) and 54(b) to be electronically served upon:

Christopher M. Mulhearn, Esq.,
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Paul E. Phillips, Esq.
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

William J. Delaney, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Stephen J. Reid, Jr.