UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br>Plaintiff<br><br>vs.<br><br>JOSEPH P. FERRUCCI, as the Court-appointed Receiver For Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 06-372-T |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DAVID ANDREWS, a/k/a DAVID WHITAKER, PURSUANT TO F.R.C.P. 55(a)**

Plaintiff, Executive Risk Indemnity, Inc. ("ERII"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves for the entry of default by the Clerk against defendant David Andrews, a/k/a David Whitaker. In support of its Motion, ERII relies upon the Affidavit electronically filed by Stephen J. Reid, Jr. on January 16, 2007 as Document Number 23.

**WHEREFORE**, ERII respectfully requests that the Clerk enter Default against Defendant David Andrews, a/k/a David Whitaker, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DEFAULT HEREBY ENTERED:

DEPUTY CLERK

Executive Risk Indemnity, Inc.