UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.
Plaintiff

vs. C.A. NO. 06-372-T

JOSEPH P. FERRUCCI, as the
Court-appointed Receiver For Mix It For Me.com
d/b/a MixITforMe, Inc., CORY JOHNSON,
DAVID ANDREWS a/k/a "DAVID WHITAKER",
PATRICK HOLT, and SALLY HERSEY
Defendants

and

JOSEPH P. FERRUCCI, as the
Court-appointed Receiver For Mix It For Me.com
d/b/a MixITforMe, Inc.
Plaintiff-In-Counterclaim

vs.

EXECUTIVE RISK INDEMNITY, INC.
Defendant-In-Counterclaim

## JOINT MOTION TO POSTPONE SETTLEMENT CONFERENCE

Plaintiff and defendant-in-counterclaim, Executive Risk Indemnity, Inc. ("Executive Risk"), defendant and plaintiff-in-counterclaim, Joseph Ferrucci, as the Court-appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., (the "Receiver"), and defendants Cory Johnson and Sally Hersey[1] hereby jointly move the Court to postpone for a period of sixty (60) days the Settlement Conference in this matter

---

[1] Defendant Patrick Holt was voluntarily dismissed from this action on October 24, 2006. Defendant David Andrews a/k/a David Whitaker has never answered the Complaint and the Court granted Executive Risk's Motion For Entry of Default Judgment against him on February 27, 2007.

presently scheduled for Monday, June 4, 2007. The grounds for this Joint Motion are that counsel for the Receiver has informed counsel for Executive Risk that the Receiver intends to file a Petition For Instructions in the Receivership proceedings pending in Providence Superior Court seeking that Court's guidance regarding the abandonment and dismissal of the Receiver's Counterclaim in the action in this Court and regarding the abandonment of the defense of the claims of Executive Risk against the Receiver in this case.

In light of the foregoing, counsel for all of the parties in this action agree that the postponement of the Settlement Conference for a period of sixty (60) days would be appropriate in order to allow for the filing of the Petition For Instructions by the Receiver in Superior Court, for the Superior Court to act on that Petition, and for the remaining parties and their counsel to reassess the remaining claims and defenses in advance of the rescheduled Settlement Conference.

**WHEREFORE,** the parties respectfully request that the Court grant their Joint Motion To Postpone Settlement Conference.

Executive Risk Indemnity, Inc.

By its Attorneys,

/s/ Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey, III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey, III
JABAileyIII@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Joseph Ferrucci, as the Court-appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc.

By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn, Esq. #5188
cmulhearn@frlawri.com
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903
(401) 455-1000
(401) 455-7778 (fax)

Cory Johnson

By his Attorneys,

/s/ William J. Delaney
William J. Delaney, Esq. #3643
wdelaney@tllaw.com
Tillinghast Licht, LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

Sally Hersey

By her Attorneys,

/s/ Paul E. Phillips
Paul E. Phillips, Esq. #5094
Phillips & D'Aloisio
pphillips@pdlawri.com
91 Friendship Street
Providence, RI 02903
(401) 453-5900
(401) 453-5903 (fax)

Dated: June 1, 2007