UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**CERTIFICATION OF STEPHEN J. REID, JR.**
**IN SUPPORT OF MOTION TO COMPEL**

1. I am a partner at the law firm of Blish & Cavanagh, LLP, co-counsel, along with Hogan & Hartson L.L.P., for Plaintiff Executive Risk Indemnity, Inc. ("ERII") in this matter. I submit this certification in support of ERII's Motion to Compel.

2. A true and correct copy of ERII's First Set of Requests for Production of Documents Directed to Defendants ("Document Requests"), mailed to counsel for Joseph P. Ferrucci (the "Receiver") on March 15, 2007, is attached hereto as Exhibit 1.

3. ERII has yet to receive a response from the Receiver to the Document Requests. ERII also has yet to receive any disclosures from the Receiver pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

4. A true and correct copy of an April 23, 2007 letter from Joseph A. Bailey III, counsel for ERII, to Christopher M. Mulhearn, counsel for the Receiver, is attached hereto as Exhibit 2.

5. A true and correct copy of an April 23, 2007 letter from Christopher M. Mulhearn to Joseph A. Bailey III is attached hereto as Exhibit 3.

6. A true and correct copy of an April 25, 2007 letter from Joseph A. Bailey III to Christopher M. Mulhearn is attached hereto as Exhibit 4.

7. I understand from discussion with my co-counsel Joseph A. Bailey III of Hogan & Hartson that in a telephone conversation in late April 2007, Christopher M. Mulhearn told Mr. Bailey that the Receiver would complete his disclosures required by Rule 26(a) by May 18, 2007.

8. On May 17, 2007, I received a telephone call from Christopher M. Mulhearn requesting that ERII agree to extend the May 18, 2007 deadline. Mr. Mulhearn stated that the Receiver had decided to seek leave from the court overseeing Mix It For Me.com's receivership to allow entry of judgment in the present action in ERII's favor and to dismiss the Receiver's counterclaim in the present action against ERII. Mr. Mulhearn stated that he would meet with the judge in the receivership action, Judge Silverstein, early the following week to obtain such leave. Based upon these representations, ERII agreed to extend the Receiver's deadline to May 25, 2007.

9. In mid June 2007, Christopher M. Mulhearn stated that he had met with Judge Silverstein to discuss allowing entry of judgment in ERII's favor and dismissing the Receiver's counterclaim. Mr. Mulhearn stated that he was awaiting receipt of an order from the court. I told Mr. Mulhearn that even if such an order were to be granted and the Receiver were to be dismissed as a party, ERII still would require the Receiver, as the custodian of MIFM's documents, to make available the documents in question. I subsequently left Mr. Mulhearn multiple messages seeking an update. Counsel for the Receiver did not return my calls. I did see

Mr. Mulhearn in person for unrelated purposes on a couple of occasions, and he stated that he was working on getting the promised order from Judge Silverstein, but he did not return subsequent messages that I left him.

10. A true and correct copy of a July 11, 2007 letter from Joseph A. Bailey III to Christopher M. Mulhearn is attached hereto as Exhibit 5. Subsequent to this letter, I spoke with Mr. Mulhearn once, and he indicated that he was still working on getting the promised order from Judge Silverstein. I subsequently left Mr. Mulhearn messages requesting an update and requesting that the Receiver comply with his discovery obligations, but have not received a response.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Stephen J. Reid, Jr. (7-26-07)

/s/ Stephen J. Reid, Jr., Esq.
Stephen J. Reid, Jr. (#2811)
sjr@blishcavlaw.com
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, R.I. 02903-1765
(401) 831-8900
(401) 751-7542 (fax)

**CERTIFICATION OF SERVICE**

I hereby certify that on the 26th day of July, 2007, I caused the foregoing Certification Of Stephen J. Reid, Jr. In Support Of Motion To Compel to be served electronically on:

Paul E. Phillips, Esq.
Phillips & D'Alosio
91 Friendship Street, Fourth Floor,
Providence, RI 0293

Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903

William J. Delaney, Esq.
Tillinghast Licht, LLP
Ten Weybosset Street
Providence, RI 02903

/s/ Stephen J. Reid, Jr.