# Exhibit 2

HOGAN &
HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

April 23, 2007

Joseph A. Bailey III
Attorney at Law
(202) 637-6405
jabailey@hhlaw.com

*BY E-MAIL AND U.S. MAIL*

Christopher M. Mulhearn
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence, RI 02903-2841

Paul Phillips
Law Offices of Phillips D'Aloisio
91 Friendship St.
Fourth Floor
Providence, RI 02903

Re: Executive Risk Indemnity Inc. v. Ferrucci, et al., No. 1:06-cv-00372 (D.R.I.)

Dear Messrs. Mulhearn and Phillips:

I am writing on behalf of Executive Risk Indemnity Inc. ("ERII") with respect to the above referenced matter.

ERII has not yet received your respective clients' responses to ERII's First Set of Requests for Production of Documents Directed to Defendants, which were served by first class mail on March 15, 2007. The responses were due by April 17, 2007.

Please confirm immediately whether the Receiver and Hersey will be responding to ERII's Requests for Production of Documents, and if so, please provide those responses.

Sincerely,

Joseph A. Bailey III

\\\DC - 057212/000636 - 2531359 v1