# Exhibit 3

\\\DC - 075389/000630 - 2078779 v1

# FERRUCCI RUSSO P.C.

*COUNSELLORS AT LAW*

| | | | |
|---|---|---|---|
| To: | Joseph A. Bailey III, Esq. | Date: | April 23, 2007 |
| Company: | | Tel. No: | 401-455-1000 |
| Fax No.: | 202-637-5910 | Fax. No. | 401-455-7778 |
| Tel. No.: | | | |
| **From:** | **Christopher M. Mulhearn, Esq.** | E-Mail: | cmulhearn@frlawri.com |

WE ARE TRANSMITTING 2 PAGES (INCLUDING THIS COVER LETTER)

**Message:**

OFFICE:

13E-106

2 pgs.

**F A X**

**NOTE**: IF YOU DO NOT RECEIVE ALL THE … DURING TRANSMISSION, PLEASE CALL (401…

This message is intended only for the use of the individual or … information that is privileged, confidential, and exempt from d… message is not the intended recipient, or the employee or agen… recipient, you are hereby notified that any dissemination, distr… prohibited. If you have received this communication in error, … original message to us at the address below via the U.S. Postal…

THIS FAX WAS QUALITY CHECKED BY: J.A.

TIME: :

55 Pine Street • Providen…
Telephone: (401) 455-1000 • Facsim…
www.frlawri.c…

# FERRUCCI RUSSO P.C.

COUNSELLORS AT LAW

Christopher M. Mulhearn
cmulhearn@frlawri.com

April 23, 2007

*Via facsimile*

Joseph A. Bailey III, Esq.
Hogan & Hartson, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

***Re:*** ***Executive Risk Indemnity, Inc. v. Joseph P. Ferrucci, as the Court-Appointed Receiver for Mix It For Me.com, d/b/a Mixitforme, Inc., et al.***
C.A. No.: 06-372/T

Dear Mr. Bailey:

We are in receipt of yours of earlier today in connection with the above-identified action.

Please be advised that the Receiver certainly intends to respond to Executive Risk Indemnity, Inc.'s First Set of Requests for Production of Documents that have been served in this matter. As Ms. Kisloff may have advised you, the Receiver is currently in process of trying to identify what, if any, documents that he presently has in his custody, control and/or possession that may be responsive to your client's request. As you may know, many of the company's documents and/or items are presently not with the Receiver insofar as the same had been seized by state and federal law enforcement authorities as part of an ongoing criminal investigation relative to certain of the principals of Mixitforme, Inc.

As such, we write in order to request your courtesy, and indulgence, in enlarging the time within which the Receiver may answer or otherwise respond to your client's First Set of Requests for Production of Documents up to, and including, May 18, 2007. Kindly advise as to whether you are agreeable to this request. We look forward to hearing from you in this regard.

Thank you for your anticipated continued courtesy, cooperation and prompt attention to this matter.

Sincerely,

Christopher M. Mulhearn

CMM/js
cc: Stephen J. Reid, Esq. (via e-mail)