# Exhibit 4

HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

April 25, 2007

Joseph A. Bailey III
Attorney at Law
(202) 637-6405
jabailey@hhlaw.com

*BY E-MAIL*

Christopher M. Mulhearn
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence, RI 02903-2841

Re: Executive Risk Indemnity Inc. v. Ferrucci, et al., No. 1:06-cv-00372 (D.R.I.)

Dear Chris:

I am writing on behalf of Executive Risk Indemnity Inc. ("ERII") to memorialize our telephone conversation from this morning regarding the Receiver's request for an extension until May 18 to respond to ERII's First Set of Requests for Production of Documents Directed to Defendants.

During that conversation, I indicated that ERII would agree to such an extension if the Receiver would agree to complete the following on or before May 18: produce any responsive non-privileged documents in the Receiver's possession, provide responses to ERII's Requests for Production, and provide a list of categories of potentially responsive documents which the Receiver understands to be in the U.S. Attorney's possession. You indicated that the Receiver would do these things by May 18, and I indicated that ERII consequently agreed to the proposed extension.

Sincerely,

Joseph A. Bailey III

\\DC - 057212/000636 - 2533085 v1