# Exhibit 5

\\DC - 075389/000630 - 2078779 v1

HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

July 11, 2007

Joseph A. Bailey III
Attorney at Law
(202) 637-6405
jabailey@hhlaw.com

*BY E-MAIL AND FIRST CLASS MAIL*

Christopher M. Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence, RI 02903-2841

Re: Executive Risk Indemnity Inc. v. Ferrucci, et al., No. 1:06-cv-00372 (D.R.I.)

Dear Chris:

I am writing on behalf of Executive Risk Indemnity Inc. ("ERII") to follow-up on the messages that ERII's co-counsel, Steve Reid, has left you in recent weeks, to which you have not responded.

As you may recall, ERII agreed to extend to May 18 the Receiver's deadline to respond to ERII's First Set of Requests for Production of Documents Directed to Defendants, expressly in return for the Receiver's agreement, by that date, to produce any responsive non-privileged documents in the Receiver's possession, provide responses to ERII's Requests for Production, and provide a list of categories of potentially responsive documents which the Receiver understands to be in the U.S. Attorney's possession. In addition, the Receiver also agreed to provide his Rule 26(a) disclosures, which already were long past due, before that date. ERII subsequently agreed to extend the deadline for the Receiver to complete these tasks, but the extended deadline has long since passed.

ERII looks forward to receiving the promised documents and responses by no later than Friday, July 20, or ERII will be forced to file a motion to compel.

Sincerely,

Joseph A. Bailey III

Joseph A. Bailey III

cc: Stephen J. Reid, Esq.