# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**ACKNOWLEDGMENT AND AGREEMENT**

I, ____________________________, hereby acknowledge that I understand the terms of the Stipulated Protective Order Regarding Confidential Information (the "Protective Order") entered in this action, and I agree to comply with and be bound by the Protective Order. I further agree:

1. That I will not disclose to anyone who is not entitled to receive such information under the Protective Order documents or discovery responses designated "confidential" under the terms of the Protective Order;

2. That I will not make use of any such documents or discovery responses designated "confidential" under the terms of the Protective Order other than for the purposes of this litigation; and

3. To be subject to the jurisdiction of the United States District Court for the District of Rhode Island with respect to any issue arising out of the Protective Order.

______________________________ ____________________
(Signature) (Date)

______________________________
(Printed Name)

______________________________

______________________________

______________________________
(Printed Address)

______________________________
(Telephone Number)