UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.

Plaintiff,

v.

JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY

Defendants.

C.A. No. 06-372T

**JOINT MOTION TO POSTPONE SETTLEMENT CONFERENCE**

Plaintiff Executive Risk Indemnity, Inc. ("Executive Risk") and defendants Cory Johnson and Sally Hersey 1/ hereby jointly move the Court to postpone for a period of forty-five (45) days the Settlement Conference in this matter presently scheduled for Thursday, August 23. The grounds for this Joint Motion are that document discovery has not progressed and that partial resolution of the case otherwise may be effected in the near future.

First, efforts by Executive Risk notwithstanding, document discovery has not progressed to a point that settlement discussions could be fruitful. To the parties' knowledge, the U.S. Attorney's Office remains in possession of the majority of Mix It For Me.com ("MIFM") documents that it seized in March 2006. Executive Risk has contacted the U.S. Attorney's Office in an effort to obtain copies of potentially relevant documents. In addition, Executive

1/ Defendant Patrick Holt was voluntarily dismissed from this action on October 24, 2006. Defendant David Andrews a/k/a David Whitaker never answered the Complaint and the Court granted Executive Risk's Motion for Default Judgment against him on February 27, 2007.

Risk has yet to obtain any discovery from Joseph Ferrucci, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc. (the "Receiver"), who is in possession of those MIFM documents not in the possession of the U.S. Attorney's office. Executive Risk filed a motion to compel against the Receiver on July 26, 2007. Further, Executive Risk also has not yet received documents in response to a subpoena served on Bank Rhode Island because Bank Rhode Island is unwilling to produce documents prior to entry of an acceptable protective order. The parties have recently submitted a stipulated protective order to the Court, which the Court entered on Friday, August 10, 2007.

Second, postponing the settlement conference would be appropriate because the Receiver has received leave from the Providence Superior Court with jurisdiction over MIFM's receivership to allow the Receiver to dismiss his counterclaim in the present action against Executive Risk and to allow entry of judgment in Executive Risk's favor on the Complaint. Executive Risk has informed the Receiver that it will agree to proceed accordingly as soon as the Receiver adequately responds to the outstanding Requests for Production of Documents and provides a list of potentially responsive documents which the Receiver understands to be in the possession of the U.S. Attorney's Office.

In light of the foregoing, counsel for plaintiff Executive Risk and defendants Cory Johnson and Sally Hersey agree that the postponement of the Settlement Conference for a period of forty-five (45) days would be appropriate in order to allow document discovery to progress and for Executive Risk and the Receiver to effect a partial resolution of this case, pursuant to the leave that the Receiver received from the Providence Superior Court. Counsel for Executive Risk certifies that he attempted to contact counsel for the defendant Receiver by emails sent on August 8 and 9, 2007 and by telephone on August 9, 10 and 13, 2007 (leaving detailed messages

on each occasion except August 13, 2007), in order to determine whether the Receiver would join in the present Motion or consent to the relief requested herein. Counsel for the Receiver did not respond to any of these messages.

WHEREFORE, plaintiff Executive Risk and defendants Cory Johnson and Sally Hersey respectfully request that the Court grant their Joint Motion To Postpone Settlement Conference. 2/

Counsel for Plaintiff Executive Risk Indemnity Inc.:

/s/ Stephen J. Reid, Jr. Esq.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Counsel for Defendant Cory Johnson:

/s/ William J. Delaney, Esq.
William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (facsimile)

Counsel for Defendant Sally Hersey:

/s/ Paul E. Phillips, Esq.
Paul E. Phillips, Esq.
pphillips@pdlawri.com
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903
(401) 453-5900
(401) 453-5903 (facsimile)

Dated: August 13, 2007

---

2/ In the event that the Court does not adjourn the Settlement Conference by the requested 45 days, Executive Risk respectfully requests, in the alternative, a one-week adjournment due to a scheduling conflict of the Executive Risk attorney responsible for this matter.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August, 2007, I caused a copy of the foregoing Joint Motion To Postpone Settlement Conference to be electronically served upon:

Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Paul E. Phillips, Esq.
pphillips@pdlawri.com
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Joseph A. Bailey III
Joseph A. Bailey III
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)