UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Plaintiff Executive Risk Indemnity, Inc. ("Executive Risk") and defendants Cory Johnson and Sally Hersey 1/ hereby jointly move the Court for leave to extend the deadline for the close of discovery set forth in the Scheduling Order of March 7, 2007.

1. Pursuant to the Scheduling Order of March 7, 2007, the deadline for the close of discovery, to which the Order refers as the "Closure Date," is September 15, 2007.

2. Throughout the period of March 7, 2007 to the present, Executive Risk has worked diligently to complete fact discovery before the Closure Date, but has been unsuccessful for reasons beyond its control.

3. On March 15, 2007, Executive Risk mailed its First Set of Requests for Production of Documents Directed to Defendants (the "Requests") to Cory Johnson, Sally Hersey, and Joseph Ferrucci, as the Court-Appointed Receiver for Mix It For Me.com d/b/a

---

1/ Defendant Patrick Holt was voluntarily dismissed from this action on October 24, 2006. Defendant David Andrews a/k/a David Whitaker never answered the Complaint and the Court granted Executive Risk's Motion for Default Judgment against him on February 27, 2007.

MixITforMe, Inc. (the "Receiver"). The deadline for the defendants to respond to the requests was April 17, 2007. FED. R. CIV. P. 6 and 34(b). Cory Johnson and Sally Hersey subsequently stated that they were not in the possession, custody or control of any documents responsive to the Requests.

4. The Receiver requested an extension until May 18, 2007 to respond to the Requests. Counsel for the Receiver also stated that although the Receiver was in the possession of certain potentially responsive documents relating to Mix It For Me.com ("MIFM"), a majority of such documents remained in the possession of the U.S. Attorney's Office, which had seized such documents in March 2006 in connection with a criminal investigation it was conducting of one or more individuals associated with MIFM. Executive Risk granted the requested extension on the condition that by that date, the Receiver produce any responsive documents and provide a list of categories of any potentially responsive documents understood by the Receiver to be in the U.S. Attorney's possession. In a subsequent conversation, counsel for the Receiver also agreed to complete the Receiver's Rule 26(a) disclosures by May 18, 2007.

5. On May 17, 2007, counsel for the Receiver requested a further extension to the deadline to respond to the Requests, explaining that the Receiver had decided to seek leave from the court overseeing MIFM's receivership to allow entry of judgment in the present action in Executive Risk's favor and to dismiss the Receiver's counterclaim in the present action against Executive Risk. Executive Risk consequently agreed to extend the Receiver's deadline to May 25, 2007.

6. Executive Risk thereafter contacted counsel for the Receiver on multiple occasions, requesting updates regarding the status of the Receiver's efforts to obtain the above-referenced leave from the receivership court. Executive Risk also explained that even if the

receivership court were to grant the requested leave, Executive Risk still would require the Receiver to make available for inspection and copying the responsive documents in its possession, custody or control. Executive Risk further reiterated its requests for those documents.

7. On July 26, 2007, Executive Risk filed a Motion to Compel the Receiver to produce all documents responsive to the Requests, to provide a list of potentially responsive documents which the Receiver understands to be in the U.S. Attorney's possession, and to complete his Rule 26(a) disclosures. On July 27, 2007, the receivership court issued an ex parte order submitted by the Receiver on July 26, 2007, granting the Receiver permission in the present action to allow entry of judgment in Executive Risk's favor and to dismiss the Receiver's counterclaim against Executive Risk. Executive Risk has informed the Receiver that it intends to proceed accordingly as soon as the Receiver adequately responds to the outstanding Requests for Production of Documents and provides a list of potentially responsive documents which the Receiver understands to be in the possession of the U.S. Attorney's Office.

8. The U.S. Attorney's Office remains in possession of what the Receiver has described as the majority of potentially relevant documents. Executive Risk has contacted Lee Vilker of the U.S. Attorney's Office, whom Executive Risk understands to be involved with the Office's criminal investigation of one or more individuals associated with MIFM, and is seeking to negotiate to obtain copies of such relevant materials.

9. Executive Risk also has pursued discovery from third party Bank Rhode Island, by Subpoena dated June 25, 2007. Bank Rhode Island subsequently agreed to produce certain documents in response to the Subpoena only upon entry of an agreeable Stipulated Protective Order. Executive Risk filed a proposed Stipulated Protective Order on July 31, 2007, and following discussion with the Court's Deputy Clerk filed an Amended Stipulated Protective

Order on August 3, 2007, which the Court entered on Friday, August 10, 2007. Executive Risk received its first documents in response to the Subpoena today, Wednesday, August 15, 2007, and has not yet determined whether Bank Rhode Island has fully complied with the Subpoena.

10. These efforts notwithstanding, Executive Risk has yet to receive a single page of document discovery in this action from the Receiver or the U.S. Attorney's Office. Executive Risk understands that the Receiver and the U.S. Attorney's Office between them possess all of MIFM's potentially responsive files. Lacking any such documents, Executive Risk has delayed taking any depositions to avoid the inconvenience and waste that would result from taking certain individuals' depositions in piecemeal fashion.

11. Accordingly, to adequately allow fact discovery to proceed, Executive Risk, Cory Johnson and Sally Hersey seek a limited extension of the Closure Date, up to and including December 15, 2007.

12. Counsel for plaintiff Executive Risk and defendants Cory Johnson and Sally Hersey have conferred and join in and consent to the relief sought herein. Counsel for Executive Risk certifies that he attempted to contact counsel for the defendant Receiver by emails sent on August 9 and 13, 2007 and by telephone on August 10, 13, 14, and 15, 2007 (leaving detailed messages on August 10 and 14, 2007), in order to determine whether the Receiver would join in the present Motion or consent to the relief requested herein. Counsel for the Receiver did not respond to any of these messages.

WHEREFORE, for the reasons set forth above, the undersigned parties respectfully request that the Court issue an order modifying its March 7, 2007 Scheduling Order in order to extend the Closure Date until at least December 15, 2007. A proposed order will be hand-delivered to the Court and served on counsel of record.

Counsel for Plaintiff Executive Risk Indemnity Inc.:

/s/ Stephen J. Reid, Jr. Esq.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Counsel for Defendant Cory Johnson:

/s/ William J. Delaney, Esq.
William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (facsimile)

Counsel for Defendant Sally Hersey:

/s/ Paul E. Phillips, Esq.
Paul E. Phillips, Esq.
pphillips@pdlawri.com
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903
(401) 453-5900
(401) 453-5903 (facsimile)

Dated: August 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2007, I caused a copy of the foregoing Joint Motion To Extend Discovery Deadline to be electronically served upon:

Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Paul E. Phillips, Esq.
pphillips@pdlawri.com
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Joseph A. Bailey III
Joseph A. Bailey III
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)