UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.

Plaintiff,

v.

C.A. No. 06-372T

JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTERCLAIM**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between Defendant and Plaintiff-in-Counterclaim Joseph P. Ferrucci, Esq. (the "Receiver"), in his capacity as the duly appointed Superior Court Receiver of MixItForMe.com, d/b/a MixItForMe., Inc. ("MixItForMe"), and not in his individual capacity, and Plaintiff and Defendant-in-Counterclaim Executive Risk Indemnity Inc. ("Executive Risk") and Defendants Cory Johnson and Sally Hersey, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and in accord with the July 27, 2007 *ex parte* order entered by the Providence County Superior Court, MixItForMe's Counterclaim filed by the Receiver in this action against Executive Risk be and hereby is dismissed in its entirety, with prejudice. This dismissal with prejudice shall be accorded *res judicata* effect to the fullest extent permitted by law, but shall not impact the claims pending against the remaining defendants to this litigation.

All rights of appeal to dismissal with prejudice of the Receiver's Counterclaim are hereby waived. Executive Risk, the Receiver and Mixitforme shall bear their own costs and expenses associated with the Receiver's Counterclaim.

STIPULATED AND APPROVED:

Counsel for Defendant Joseph P. Ferrucci:

/s/ Christopher M. Mulhearn, Esq.
Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
(401) 455-1000
(401) 455-7778 (facsimile)

Counsel for Plaintiff Executive Risk Indemnity Inc.:

/s/ Stephen J. Reid, Jr. Esq.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Counsel for Defendant Cory Johnson:

/s/ William J. Delaney, Esq.
William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (facsimile)

Counsel for Defendant Sally Hersey:

/s/ Paul E. Phillips, Esq.
Paul E. Phillips, Esq.
pphillips@pdlawri.com
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903
(401) 453-5900
(401) 453-5903 (facsimile)

So Ordered this _____ day of ________________, 2007:

______________________________________
TORRES, ERNEST C.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2007, I caused a copy of the foregoing Stipulation of Dismissal With Prejudice of Counterclaim to be electronically served upon:

Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Paul E. Phillips, Esq.
pphillips@pdlawri.com
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Joseph A. Bailey III
Joseph A. Bailey III
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)