UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**AGREEMENT FOR ENTRY OF**
**DECLARATORY JUDGMENT FOR EXECUTIVE RISK INDEMNITY INC.**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between Plaintiff and Defendant-in-Counterclaim Executive Risk Indemnity Inc. ("Executive Risk") and Defendant and Plaintiff-in-Counterclaim Joseph P. Ferrucci, Esq. (the "Receiver"), in his capacity as the duly appointed Superior Court Receiver of MixItForMe.com, d/b/a MixItForMe., Inc. ("MixItForMe"), that, pursuant to Rules 54(b) and 57 of the Federal Rules of Civil Procedure and 28 U.S.C. §2201, and in accord with the August 29, 2007 *ex parte* order entered by the Providence County Superior Court, a Declaratory Judgment shall enter forthwith in favor of Executive Risk in the form attached hereto as Attachment A. The parties agree that the Declaratory Judgment shall be accorded *res judicata* effect to the fullest extent permitted by law, but it does not impact the claims pending against the remaining defendants to this litigation. Executive Risk, the Receiver and Mixitforme shall bear their own costs and expenses associated with the present action.

Counsel for Executive Risk certifies that he conferred with counsel for Defendants Cory Johnson and Sally Hersey and is authorized to state that Defendants Cory Johnson and Sally Hersey consent to the relief requested herein.

STIPULATED AND APPROVED:

Counsel for Plaintiff Executive Risk Indemnity Inc.:

/s/ Stephen J. Reid, Jr. Esq.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Counsel for Defendant Joseph P. Ferrucci:

/s/ Christopher M. Mulhearn, Esq.
Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
(401) 455-1000
(401) 455-7778 (facsimile)

August 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2007, I caused a copy of the foregoing Agreement for Entry of Declaratory Judgment for Executive Risk Indemnity Inc. to be electronically served upon:

Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Paul E. Phillips, Esq.
pphillips@pdlawri.com
Phillips & D'Aloisio
91 Friendship Street, Fourth Floor
Providence, RI 02903

William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Joseph A. Bailey III
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)