# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**AGREED DECLARATORY JUDGMENT FOR EXECUTIVE RISK INDEMNITY INC. AGAINST RECEIVER OF MIXITFORME**

On this day, the Court considered the Agreement for Entry of Declaratory Judgment for Executive Risk Indemnity Inc. filed by Plaintiff and Defendant-in-Counterclaim Executive Risk Indemnity Inc. ("Executive Risk") and Defendant and Plaintiff-in-Counterclaim Joseph P. Ferrucci, Esq. (the "Receiver"), in his capacity as the duly appointed Superior Court Receiver of MixItForMe.com, d/b/a MixItForMe., Inc. ("MixItForMe"). The Court has determined that there is no just reason for delaying entry of this agreed final declaratory judgment. Thus, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Executive Risk is not obligated to defend or indemnify MixItForMe or the Receiver in connection with the action captioned Siiber Marketing, Inc. v. MixItForMe, Inc. and Cory Johnson, Case No. 1:05CV2972 (N.D. Ohio) (the "Siiber Action"), because Power Source Policy Number 6803-4755 (the "Policy") (a copy of which was attached as Exhibit B to the

Complaint for Declaratory Judgment in this action) does not afford coverage to or on behalf of MixItForMe or the Receiver for the Siiber Action.

2. Executive Risk is not obligated to defend or indemnify MixItForMe or the Receiver in connection with the action captioned Internet Sales Solutions, LLC v. Dave Andrews, Cory Johnson, Patrick Holt and Mixitforme.com, Case No. 2:06-cv-02036-MPM-DGB (C.D. Ill.) (the "ISS Action"), because the Policy does not afford coverage to or on behalf of MixItForMe or the Receiver for the ISS Action.

3. Executive Risk is not obligated to defend or indemnify MixItForMe or the Receiver in connection with the action captioned Key West Marketing, Inc. v. Mix It For Me, Inc., Interactive Learning Networks, Inc. d/b/a Cutting Edge Technologies, Cory Johnson, David Andrews, and Sally Hersey, Case No. 2006-0627 (R.I. Super. Ct., Providence) (the "Key West Action"), because the Policy does not afford coverage to or on behalf of MixItForMe or the Receiver for the Key West Action.

In accordance with the above, the Court directs the Clerk to enter Declaratory Judgment in Executive Risk's favor, solely against the Receiver and not the other defendants, on Counts I, II and V of the Complaint.

So Ordered this _____ day of __________________, 2007:

______________________________________

TORRES, ERNEST C.

STIPULATED AND APPROVED:

Counsel for Plaintiff Executive Risk Indemnity Inc.:

/s/ Stephen J. Reid, Jr. Esq.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Counsel for Defendant Joseph P. Ferrucci:

/s/ Christopher M. Mulhearn, Esq.
Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
(401) 455-1000
(401) 455-7778 (facsimile)

August 29, 2007