UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**JOINT AND UNOPPOSED MOTION TO STAY**

Plaintiff Executive Risk Indemnity, Inc. ("Executive Risk") and the sole remaining defendants, Cory Johnson and Sally Hersey, 1/ hereby jointly move the Court to stay the present action until the Court receives notice from Executive Risk, with copies to all parties, of one of the following: (1) a judgment, settlement or adjudication in the action styled Key West Marketing, Inc. v. Mix It For Me, Inc., Interactive Learning Networks, Inc. d/b/a Cutting Edge Technologies, Cory Johnson, David Andrews, and Sally Hersey, Case No. 2006-0627 (R.I. Super. Ct., Providence) (the "Key West Action"); or (2) the submission of any additional claim for coverage under Power Source Policy Number 6803-4755 (the "Policy"), the filing of any lawsuit

1/ Defendant Patrick Holt was voluntarily dismissed from this action on October 24, 2006. Defendant David Andrews a/k/a David Whitaker never answered the Complaint, and the Court granted Executive Risk's Motion for Default Judgment against him on February 27, 2007. Defendant Joseph P. Ferrucci (the "Receiver"), in his capacity as the duly appointed Superior Court Receiver of MixItForMe.com, d/b/a MixItForMe, Inc. ("Mixitforme"), agreed to the entry of a Declaratory Judgment for Executive Risk Against Receiver For Mixitforme, and the Court entered the Agreed Declaratory Judgment on September 26, 2007.

against ERII involving or concerning the Policy, or the filing of any lawsuit against Mix It For Me.com ("Mixitforme") or any of its former directors, officers or employees for matters related to Mixitforme. The Court should grant the Joint and Unopposed Motion to Stay because it promotes judicial economy and is in the parties' best interests, as follows:

1. This is a declaratory judgment action concerning coverage under an insurance policy. Because of recent events, the sole remaining dispute with respect to coverage under the Policy concerns defense and indemnity coverage for the Key West Action. Those recent events are: (a) the Receiver's consent to the entry of an Agreed Declaratory Judgment for Executive Risk; (b) the dismissal without prejudice of the actions styled Siiber Marketing, Inc. v. MixItForMe, Inc. and Cory Johnson, Case No. 1:05CV2972 (N.D. Ohio) (the "Siiber Action") and Internet Sales Solutions, LLC v. Dave Andrews, Cory Johnson, Patrick Holt and Mixitforme.com, Case No. 2:06-cv-02036-MPM-DGB (C.D. Ill.) (the "ISS Action"); and (c) Cory Johnson's waiver of any and all rights under the Policy with respect to the judgment entered against him in the action captioned American Express Bank, FSB v. Cory Johnson, C.A. No. KC 06-443 (R.I. Super. Ct., Kent) (the "Amex Action").

2. The Key West Action has been stayed during the pendency of Mixitforme's Superior Court receivership and has not yet proceeded to judgment, settlement or adjudication. If it does proceed to judgment, settlement or adjudication, one or more additional terms of the Policy may impact the availability of insurance coverage, as set forth in Executive Risk's Complaint. Consequently, lacking any changed circumstances that necessitate an earlier resolution of the parties' rights and obligations under the Policy, the parties agree that it would be most efficient to resolve any and all coverage issues regarding the Key West Action at one

time, after any judgment, settlement or adjudication in that Action. A stay thus would promote judicial economy and allow the parties to minimize their legal fees and expenses.

3. Accordingly, Executive Risk, Cory Johnson and Sally Hersey seek to stay the present action until the date on which Executive Risk provides notice to the Court, with copies to all parties, of one of the following: (1) a judgment, settlement or adjudication in the Key West Action; or (2) the submission of any additional claim for coverage under the Policy, the filing of any lawsuit against ERII involving or concerning the Policy, or the filing of any lawsuit against Mixitforme or any of its former directors, officers or employees for matters related to Mixitforme. The parties agree that if and when the stay of the present lawsuit is lifted, the parties should have three (3) months to complete discovery and to file any dispositive motions. The parties agree to submit status reports to the Court every six (6) months from entry of stay.

4. Counsel for plaintiff Executive Risk and defendants Cory Johnson and Sally Hersey have conferred and join in and consent to the relief sought herein.

WHEREFORE, for the reasons set forth above, the undersigned parties respectfully request that the Court issue an order conditionally staying the present action, as set forth above. A proposed order will be hand-delivered to the Court and served on counsel of record.

Counsel for Plaintiff Executive Risk Indemnity Inc.:

/s/ Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Counsel for Defendant Cory Johnson:

/s/ William J. Delaney, Esq.
William J. Delaney, Esq.
wdelaney@rc-legal.com
Reavis Cianciolo LLC
55 Dorrance Street
Suite 200
Providence, RI 02903
(401) 272-5520
(401) 272-5501 (facsimile)

Counsel for Defendant Sally Hersey:

/s/ Paul E. Phillips, Esq.
Paul E. Phillips, Esq.
pphillips@phillipslawri.com
Law Office of Paul E. Phillips, P.C.
91 Friendship Street, Fifth Floor
Providence, RI 02903
(401) 621-3200
(401) 621-3202 (facsimile)

Dated: October 31, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2007, I caused a copy of the foregoing Joint and Unopposed Motion To Stay to be electronically served upon:

William J. Delaney, Esq.
wdelaney@rc-legal.com
Reavis Cianciolo LLC
55 Dorrance Street
Suite 200
Providence, RI 02903

Paul E. Phillips, Esq.
pphillips@phillipslawri.com
Law Office of Paul E. Phillips, P.C.
91 Friendship Street, Fifth Floor
Providence, RI 02903

/s/ Joseph A. Bailey III
Joseph A. Bailey III
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)