**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EXECUTIVE RISK INDEMNITY, INC.,
Plaintiff

v. C.A. No. 06-372T

JOSEPH P. FERRUCCI, CORY JOHNSON,
DAVID ANDREWS, and SALLY HERSEY,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Judgment hereby enters for the Plaintiff Executive Risk Indemnity, Inc. against the Defendant David Andrews (*also known as David Whitaker*) pursuant to the February 27th, 2007 Text Order of this Court granting Plaintiff's Motion for Entry of Default Judgment against the Defendant.

Enter:

Deputy Clerk

Dated: November 14th, 2007