**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

EXECUTIVE RISK INDEMNITY, INC.
Plaintiff

v. C.A. No. 06-372T

JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for MixItForMe.com d/b/a MixItForMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY
Defendants.

**ORDER GRANTING JOINT AND UNOPPOSED MOTION TO STAY**

IT IS HEREBY ORDERED that the motion to stay is granted based upon the following terms. The action will be stayed until the earlier of either the expiration of six (6) months from the date of this order, or the Court's receipt of notice from Executive Risk Indemnity, Inc., with copies to all parties, that one of the two following events has occurred:

(1) A judgment, settlement or adjudication in the action styled Key West Marketing, Inc. v. Mix It For Me, Inc., Interactive Learning Networks, Inc. d/b/a Cutting Edge Technologies, Cory Johnson, David Andrews, and Sally Hersey, Case No. 2006-0637 (R.I. Super. Ct., Providence); or

(2) The submission of any additional claim for coverage under Power Source Policy Number 6803-4755 (the "Policy"), the filing of any lawsuit against Executive Risk Indemnity, Inc. involving or concerning the Policy, or the filing of any additional lawsuit against MixItForMe.com or any of its former directors, officers or employees for matters related to MixItForMe.com.

IT IS HEREBY ORDERED that when the stay is lifted, the parties shall have three (3) months to complete discovery and file any dispositive motions.

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
Sr. U.S. District Judge
Date: 11/30/07