UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY<br><br>Defendants. | C.A. No. 06-372T |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CORY JOHNSON**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between the remaining parties to the above captioned action – Plaintiff Executive Risk Indemnity, Inc. ("Executive Risk") and Defendants Cory Johnson ("Johnson") and Sally Hersey ("Hersey") – 1/ that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Executive Risk's Complaint against Johnson be and hereby is dismissed with prejudice. The parties agree that this Dismissal does not impact

1/ Defendant Patrick Holt was voluntarily dismissed from this action on October 24, 2006. Defendant David Andrews a/k/a David Whitaker never answered the Complaint, and the Court granted Executive Risk's Motion for Default Judgment against him on February 27, 2007, and entered the Default Judgment in Executive Risk's favor on November 14, 2007. Defendant Joseph P. Ferrucci (the "Receiver"), in his capacity as the duly appointed Superior Court Receiver of MixItForMe.com, d/b/a MixItForMe, Inc. ("Mixitforme"), agreed to the entry of a Declaratory Judgment for Executive Risk Against Receiver For Mixitforme, and the Court entered the Agreed Declaratory Judgment on September 26, 2007.

Executive Risk's claims against Hersey, the sole remaining defendant in this litigation. Executive Risk and Johnson shall bear their own costs and expenses associated with this Action.

STIPULATED AND APPROVED:

Counsel for Plaintiff Executive Risk Indemnity Inc.:

/s/ Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Counsel for Defendant Cory Johnson:

/s/ William J. Delaney
William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (facsimile)

Counsel for Defendant Sally Hersey:

/s/ Paul E. Phillips
Paul E. Phillips, Esq.
pphillips@phillipslawri.com
The Remington Building
91 Friendship Street, Fifth Floor
Providence, RI 02903
(401) 621-3200
(401) 621-3202 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2008, I caused a copy of the foregoing Stipulation of Dismissal to be electronically served upon:

William J. Delaney, Esq.
wdelaney@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

Paul E. Phillips, Esq.
pphillips@phillipslawri.com
The Remington Building
91 Friendship Street, Fifth Floor
Providence, RI 02903

/s/ Joseph A. Bailey III
Joseph A. Bailey III
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)