UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXECUTIVE RISK INDEMNITY, INC.

Plaintiff,

v. C.A. No. 06-372T

JOSEPH P. FERRUCCI, as the Court-Appointed Receiver for Mix It For Me.com d/b/a MixITforMe, Inc., CORY JOHNSON, DAVID ANDREWS a/k/a "DAVID WHITAKER", PATRICK HOLT, and SALLY HERSEY

Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SALLY HERSEY**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between the remaining parties to the above captioned action – Plaintiff Executive Risk Indemnity, Inc. ("Executive Risk") and Defendant Sally Hersey ("Hersey") – 1/ that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Executive Risk's Complaint against Hersey be and hereby is dismissed without prejudice. Executive Risk and Hersey shall bear their own costs and expenses associated with this Action.

---

1/ Defendant Patrick Holt was voluntarily dismissed from this action on October 24, 2006. Defendant David Andrews a/k/a David Whitaker never answered the Complaint, and the Court granted Executive Risk's Motion for Default Judgment against him on February 27, 2007, and entered the Default Judgment in Executive Risk's favor on November 14, 2007. Defendant Joseph P. Ferrucci (the "Receiver"), in his capacity as the duly appointed Superior Court Receiver of MixItForMe.com, d/b/a MixItForMe, Inc. ("Mixitforme"), agreed to the entry of a Declaratory Judgment for Executive Risk Against Receiver For Mixitforme, and the Court entered the Agreed Declaratory Judgment on September 26, 2007. Defendant Cory Johnson was voluntarily dismissed from this action on July 28, 2008.

STIPULATED AND APPROVED:

Counsel for Plaintiff Executive Risk Indemnity Inc.:

/s/ Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

/s/ Michelle A. Kisloff
/s/ Joseph A. Bailey III
Michelle A. Kisloff
MAKisloff@HHLAW.com
Joseph A. Bailey III
JABailey@HHLAW.com
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)

Counsel for Defendant Sally Hersey:

/s/ Paul E. Phillips
Paul E. Phillips, Esq.
pphillips@phillipslawri.com
Law Office of Paul E. Phillips
The Remington Building
91 Friendship Street, Fifth Floor
Providence, RI 02903
(401) 621-3200
(401) 621-3202 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2008, I caused a copy of the foregoing Stipulation of Dismissal to be electronically served upon:

Paul E. Phillips, Esq.
pphillips@phillipslawri.com
Law Office of Paul E. Phillips
The Remington Building
91 Friendship Street, Fifth Floor
Providence, RI 02903

/s/ Joseph A. Bailey III

Joseph A. Bailey III
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)